UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

Case No.: 16-CV-1637

    Plaintiff,

v.

CASH DEPOT, LTD.,

    Defendant.

---

## MOTION TO DISMISS ON MOOTNESS GROUNDS

Pursuant to Fed. R. Civ. P. 12(b)(1), the Defendant, Cash Depot, Ltd. ("Cash Depot") respectfully requests that the Court dismiss all of the claims in the Complaint brought by Plaintiff, Timothy J. Fast, regarding his claim that Cash Depot failed to properly pay him all overtime wages.

This motion is supported by the Defendant's Brief Supporting Motion to Dismiss, along with the declarations of Jodi Arndt Labs, Amy Bradley and Carol Reis being filed herewith.

Dated this 4th day of August, 2017.

                              LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
                              Attorneys for Defendant

                              By:   *s/George Burnett*
                                      George Burnett (State Bar #1005964)
                                      Jodi Arndt Labs (State Bar #1033359)

**POST OFFICE ADDRESS:**
231 South Adams Street
Green Bay, WI 54301
P. O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868

*(201615.046-#2648392)*