# American Payroll Institute

WE THE UNDERSIGNED DECLARE THAT

*Amy M. Bradley, CPP*

has met the requirements of the

CERTIFICATION BOARD

of the

AMERICAN PAYROLL ASSOCIATION

and is hereby awarded recognition as

CERTIFIED PAYROLL PROFESSIONAL

1997

_Brent Gow_, CPP
President

Billy Meyerkorth, CPP
Chairperson

Rosemary Birardi, CPP

Carolyn Hua, CPP

_signature_, CPP

_signature_, CPP

Sally Thompson, CPP
Certification valid through December 31, 2017



EXHIBIT 2