Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Teri L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Russ W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Jili J. Ray
Joshua M. Koch

## Law Firm of
## CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Retired:
Gregory B. Conway
J. Michael Jerry

Telephone: (920) 437-0476
Facsimile: (920) 437-2868

GB@lcojlaw.com
www.lcojlaw.com

June 6, 2017

Attorney James A. Walcheske
15850 W. Bluemound Road, Suite 304
Brookfield, WI 53005-6008

Re:   Fast, Timothy J. vs. Cash Depot, Ltd.

Dear Attorney Walcheske:

I have enclosed my client's draft in the amount of $338.98, which represents the full amount that your client would be owed in the event he received everything he claims in his complaint in the above-referenced action. The calculation has been done by Schenck & Company, Cash Depot's outside accounting firm, and includes all statutory damages as well as the allegedly unpaid compensation he claims. We forward this based on the economic considerations involved, particularly the fact that the cost of litigating your client's claims will greatly exceed anything that might be owed him.

We have not enclosed a check for the costs or reasonable attorneys' fees in advancing the claim, because that information is lacking. My client will pay those costs and reasonable fees, so please forward an accounting of the costs and reasonable fees, and we will promptly remit payment.

In the event that this request is somehow insufficient for your purposes, I have enclosed a formal discovery request as well.

If you have any questions regarding any of the above, please advise.

Thank you very much.

Very truly yours,

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.

By: _____
     George Burnett

GB:jf: 2612053
Enclosure

**EXHIBIT 1**

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868

Case 1:16-cv-01637-WCG   Filed 08/04/17   Page 1 of 2   Document 21-1

**CASH DEPOT, LTD**
1740 COFRIN DRIVE
GREEN BAY, WI 54302

0000069

DATE
06/05/2017

AMOUNT
$ 338.98

THREE HUNDRED THIRTY EIGHT DOLLARS and 98 CENTS

PAY TO THE ORDER OF

Timothy J. Fast
2564 Swanson Road
Portage, IN 46368

| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| 642 | F SRVC | Fast, T. J. | XXX-XX-8375 | 05/31/2017 | 0000069 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Audit Pay | 0.000 | 380.76 | 380.76 | FEDERAL MEDICAR | 5.52 | 5.52 |
| | | | | FEDERAL SOCIAL | 23.61 | 23.61 |
| | | | | INDIANA | 10.95 | 10.95 |
| | | | | Porter Cty IN | 1.70 | 1.70 |
| VACATION BAL | 0.000 | | | | | |
| PAY RATE 15.00 | CURRENT EARNINGS 380.76 | CURRENT DEDUCTIONS 41.78 | NET PAY 338.98 | Y.T.D EARNINGS 380.76 | Y.T.D. DEDUCTIONS 41.78 | Y.T.D. NET PAY 338.98 |

Employer Match 401K: