

Tim Fast
Time Work July 6, 2015 to July 29, 2016

| PayDay | OnCall Pay | Total Hours | | Work Week | Total Weekly Hours | Total Overtime Hours | Weekly OnCall Pay | Calculate Rate | Half of Rate | Additional Amount Due | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2015 | $ - | 71.25 | | 07/05/15 - 07/11/15 | 43.25 | 3.25 | $ - | - | - | $ - | |
| | | | | 07/12/15 - 07/15/15 | 28.00 | - | $ - | - | - | $ - | |
| | | | | Totals | 71.25 | 3.25 | $ - | | | | $ - |
| 8/5/2015 | $ - | 99.31 | | 07/15/15 - 07/18/15 | 18.75 | 6.75 | $ - | - | - | $ - | |
| | | | | 07/19/15 - 07/25/15 | 39.41 | - | $ - | - | - | $ - | |
| | | | | 07/26/15 - 08/01/15 | 41.15 | 1.15 | $ - | - | - | $ - | |
| | | | | Totals | 99.31 | 7.90 | $ - | | | | $ - |
| 8/20/2015 | $ 75.00 | 100.28 | | 08/02/15 - 08/08/15 | 57.50 | 17.50 | $ 64.29 | 1.1181 | 0.5591 | $ 9.78 | |
| | | | | 08/09/15 - 08/15/15 | 42.78 | 2.78 | $ 10.71 | 0.2504 | 0.1252 | $ 0.35 | |
| | | | | Totals | 100.28 | 20.28 | $ 75.00 | | | | $ 10.13 |
| 9/4/2015 | $ 75.00 | 98.87 | | 08/16/15 - 08/22/15 | 43.64 | 3.64 | $ - | - | - | $ - | |
| | | | | 08/23/15 - 08/29/15 | 45.23 | 5.23 | $ 64.29 | 1.4214 | 0.7107 | $ 3.72 | |
| | | | | 08/30/15 - 08/31/15 | 10.00 | - | $ 10.71 | 1.0710 | 0.5355 | $ - | |
| | | | | Totals | 98.87 | 8.87 | $ 75.00 | | | | $ 3.72 |
| 9/21/2015 | $ - | 84.63 | | 09/01/15 - 09/05/15 | 33.28 | 3.28 | $ - | - | - | $ - | |
| | | | | 09/06/15 - 09/12/15 | 32.25 | - | $ - | - | - | $ - | |
| | | | | 09/13/15 - 09/15/15 | 19.10 | - | $ - | - | - | $ - | |
| | | | | Totals | 84.63 | 3.28 | $ - | | | | $ - |
| 10/5/2015 | $ 75.00 | 113.77 | | 09/16/15 - 09/19/15 | 35.00 | 14.10 | $ 64.29 | 1.8369 | 0.9185 | $ 12.95 | |
| | | | | 09/20/15 - 09/26/15 | 53.22 | 13.22 | $ 10.71 | 0.2012 | 0.1006 | $ 1.33 | |
| | | | | 09/27/15 - 09/30/15 | 25.55 | - | $ - | - | - | $ - | |
| | | | | Totals | 113.77 | 27.32 | $ 75.00 | | | | $ 14.28 |

Case 1:16-cv-01637-WCG   Filed 08/04/17   Page 1 of 5   Document 21-4

EXHIBIT 4

| Date | | | Period | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2015 | $ | - | | 102.28 | | 10/01/15 - 10/03/15 | 16.55 | 2.10 | $ | - | - | $ | - | - | $ | - |
| | | | | | | 10/04/15 - 10/10/15 | 50.66 | 10.66 | $ | - | - | $ | - |
| | | | | | | 10/11/15 - 10/15/15 | 35.07 | - | $ | - | - | $ | - |
| | | | | | | Totals | 102.28 | 12.76 | $ | - | - | $ | - | $ | - |
| 11/5/2015 | $ | 75.00 | | 123.20 | | 10/16/15 - 10/17/15 | 18.95 | 14.02 | $ | 64.29 | 3.3926 | 1.6963 | $ | 23.78 |
| | | | | | | 10/18/15 - 10/24/15 | 52.90 | 12.90 | $ | 10.71 | 0.2025 | 0.1013 | $ | 1.31 |
| | | | | | | 10/25/15 - 10/31/15 | 51.35 | 11.35 | $ | - | - | - | $ | - |
| | | | | | | Totals | 123.20 | 38.27 | $ | 75.00 | | | $ | 25.09 |
| 11/20/2015 | $ | 150.00 | | 103.48 | | 11/01/15 - 11/07/15 | 49.65 | 9.65 | $ | 64.29 | 1.2949 | 0.6475 | $ | 6.25 |
| | | | | | | 11/8/15 - 11/14/15 | 53.83 | 13.83 | $ | 75.00 | 1.3933 | 0.6967 | $ | 9.64 |
| | | | | | | 11/15/2015 | - | - | $ | 10.71 | - | - | $ | - |
| | | | | | | Totals | 103.48 | 23.48 | $ | 150.00 | | | $ | 15.88 |
| 12/4/2015 | $ | 75.00 | | 125.23 | | 11/16/15 - 11/21/15 | 49.21 | 9.21 | $ | 64.29 | 1.3064 | 0.6532 | $ | 6.02 |
| | Holiday | | -8.00 | | | 11/22/15 - 11/29/15 | 50.37 | 10.37 | $ | 10.71 | 0.2126 | 0.1063 | $ | 1.10 |
| | | | 117.23 | | | 11/29/15 - 11/30/15 | 17.65 | - | $ | - | - | - | $ | - |
| | | | | | | Totals | 117.23 | 19.58 | $ | 75.00 | | | $ | 7.12 |
| 12/21/2015 | $ | - | | 103.30 | | 12/01/15 - 12/05/15 | 29.38 | 7.03 | $ | - | - | - | $ | - |
| | | | | | | 12/06/15 - 12/12/15 | 48.28 | 8.28 | $ | - | - | - | $ | - |
| | | | | | | 12/13/15 - 12/15/15 | 25.64 | - | $ | - | - | - | $ | - |
| | | | | | | Totals | 103.30 | 15.31 | $ | - | | | $ | - |
| 1/5/2016 | $ | 75.00 | | 130.71 | | 12/16/15 - 12/19/15 | 41.12 | 26.76 | $ | 64.29 | 1.5635 | 0.7818 | $ | 20.92 |
| | Holiday | | -8.00 | | | 12/20/15 - 12/26/15 | 40.13 | 0.13 | $ | 10.71 | 0.2669 | 0.1335 | $ | 0.02 |
| | | | 122.71 | | | 12/27/15 - 12/31/15 | 41.46 | 1.46 | $ | - | - | - | $ | - |
| | | | | | | Totals | 122.71 | 28.35 | $ | 75.00 | | | $ | 20.94 |
| 1/20/2016 | $ | 75.00 | | 105.44 | | 01/01/16 - 01/02/16 | - | - | $ | - | - | - | $ | - |
| | Holiday | | -8.00 | | | 01/03/16 - 01/09/16 | 50.49 | 10.49 | $ | 64.29 | 1.2733 | 0.6367 | $ | 6.68 |
| | | | 97.44 | | | 01/10/16 - 01/15/16 | 46.95 | 6.95 | $ | 10.71 | 0.2281 | 0.1141 | $ | 0.79 |
| | | | | | | Totals | 97.44 | 17.44 | $ | 75.00 | | | $ | 7.47 |

| Pay Date | | | | Week | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/5/2016 | $ 75.00 | | 94.97 | 01/16/16 | - | | | | | | $ - | |
| | | | | 01/17/16 - 01/23/16 | 46.79 | | $ 6.79 | | 1.3740 | 0.6870 | $ 4.66 | |
| | | | | 01/24/16 - 01/30/16 | 48.18 | | 8.18 | | 0.2223 | 0.1112 | $ 0.91 | |
| | | | | 1/31/2016 | - | | - | | | | $ - | |
| | | | | Totals | 94.97 | | 14.97 | $ 75.00 | | | | $ 5.57 |
| 2/19/2016 | $ - | | 88.40 | 02/01/16 - 02/06/16 | 41.08 | | 1.08 | | | | $ - | |
| | PTO | | -8.00 | 02/07/16 - 02/13/16 | 29.89 | | - | | | | $ - | |
| | | | 80.40 | 02/14/16 - 02/15/16 | 9.43 | | - | | | | $ - | |
| | | | | Totals | 80.40 | | 1.08 | $ - | | | | $ - |
| 3/4/2016 | $ 75.00 | | 102.00 | 02/16/16 - 02/20/16 | 34.55 | | 3.98 | | 1.8608 | 0.9304 | $ 3.70 | |
| | PTO | | -8.00 | 02/21/16 - 02/27/16 | 49.03 | | 9.03 | | 0.2184 | 0.1092 | $ 0.99 | |
| | | | 94.00 | 02/28/16 - 02/29/16 | 10.42 | | - | | | | $ - | |
| | | | | Totals | 94.00 | | 13.01 | $ 75.00 | | | | $ 4.69 |
| 3/21/2016 | $ 75.00 | | 120.32 | 03/01/16 - 03/05/16 | 43.72 | | 14.14 | | - | - | $ - | |
| | | | | 03/06/16 - 03/12/16 | 52.01 | | 12.01 | | 1.2361 | 0.6181 | $ 7.42 | |
| | | | | 03/13/16 - 03/15/16 | 24.59 | | - | | 0.4355 | 0.2178 | $ - | |
| | | | | Totals | 120.32 | | 26.15 | $ 75.00 | | | | $ 7.42 |
| 4/5/2016 | $ - | | 107.95 | 03/16/16 - 03/19/16 | 31.08 | | 15.67 | | | | $ - | |
| | PTO | | -4.00 | 03/20/16 - 03/26/16 | 43.89 | | 3.89 | | | | $ - | |
| | | | 103.95 | 03/27/16 - 03/31/16 | 28.98 | | - | | | | $ - | |
| | | | | Totals | 103.95 | | 19.56 | $ - | | | | $ - |
| 4/20/2016 | $ 75.00 | | 103.65 | 04/01/16 - 04/02/16 | 8.08 | | - | | - | - | $ - | |
| | PTO | | -4.00 | 04/03/16 - 04/09/16 | 42.32 | | 2.32 | | 1.5191 | 0.7596 | $ 1.76 | |
| | | | 99.65 | 04/10/16 - 04/15/16 | 49.25 | | 9.25 | | 0.2175 | 0.1088 | $ 1.01 | |
| | | | | Totals | 99.65 | | 11.57 | $ 75.00 | | | | $ 1.76 |
| 5/5/2016 | $ - | | 73.61 | 4/16/2016 | - | | - | | - | - | $ - | |
| | | | | 04/17/16 - 04/23/16 | 32.48 | | - | | - | - | $ - | |
| | | | | 04/24/16 - 04/30/16 | 41.13 | | 1.13 | | - | - | $ - | |

| Date | | | Totals | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/2016 | $ | - | 91.05 | 73.61 | 1.13 | $ | - | | | $ | - |
| | | | | | | | | | | | |
| | | | 05/01/16 - 05/07/16 | 49.99 | 9.99 | $ | - | | $ | - | |
| | | | 05/08/16 - 05/14/16 | 41.06 | 1.06 | $ | - | | $ | - | |
| | | | 5/15/2016 | - | - | $ | - | | $ | - | |
| 6/6/2016 | $ | 75.00 | 111.82 | Totals | 91.05 | 11.05 | | | | $ | 4.45 |
| | Holiday | -8.00 | | | | | | | | | |
| | | 103.82 | | 05/16/16 - 05/21/16 | 44.54 | 4.54 | $ 64.29 | 1.4434 | 0.7217 | $ 3.28 | |
| | | | 05/22/16 - 05/28/16 | 51.23 | 11.23 | $ 10.71 | 0.2091 | 0.1046 | $ 1.17 | |
| | | | 05/29/16 - 05/31/16 | 8.05 | - | $ - | - | - | $ - | |
| | | | Totals | 103.82 | 15.77 | $ 75.00 | | | | | |
| | | | | | | | | | | | |
| 6/20/2016 | $ | - | 103.86 | 06/01/16 - 06/04/16 | 24.20 | - | $ - | | | | |
| | | | 06/05/16 - 06/11/16 | 51.66 | 11.66 | $ - | | | | | |
| | | | 06/12/16 - 06/15/16 | 28.00 | - | $ - | | | | | |
| | | | Totals | 103.86 | 11.66 | $ - | | | | $ - | |
| | | | | | | | | | | | |
| 7/5/2016 | $ | - | 102.90 | 06/16/16 - 06/18/16 | 20.23 | 8.23 | $ - | | | | |
| | | | 06/19/16 - 06/25/16 | 42.57 | 2.57 | $ - | | | | | |
| | | | 06/26/16 - 06/30/16 | 40.10 | 0.10 | $ - | | | | | |
| | | | Totals | 102.90 | 10.90 | $ - | | | | $ - | |
| | | | | | | | | | | | |
| 7/20/2016 | $ | 75.00 | 109.88 | 07/01/16 - 07/02/16 | 19.90 | 19.90 | $ 64.29 | 3.2307 | 1.6154 | $ 32.15 | |
| | Holiday & PTO | -12.00 | | 07/03/16 - 07/09/16 | 43.63 | 3.63 | $ 10.71 | 0.2455 | 0.1228 | $ 0.45 | |
| | | 97.88 | | 07/10/16 - 07/15/16 | 34.35 | - | $ - | - | - | $ - | |
| | | | Totals | 97.88 | 23.53 | $ 75.00 | | | | $ 32.59 | |
| | | | | | | | | | | | |
| 8/5/2016 | $ | 75.00 | 144.72 | 07/16/16 | - | - | $ - | - | - | $ - | |
| | PTO | -52.00 | | 07/17/16 - 07/23/16 | 49.03 | 9.03 | $ 64.29 | 1.3112 | 0.6556 | $ 5.92 | |
| | | 92.72 | | 07/24/16 - 07/30/16 | 43.69 | 3.69 | $ 10.71 | 0.2451 | 0.1226 | $ 0.45 | |
| | | | Totals | 92.72 | 12.72 | $ 75.00 | | | | $ 6.37 | |

Roads to 10 Million

8/20/2015 $700 7M

| | | | | | |
|---|---|---|---|---|---|
| 07/05/15 - 07/11/15 | 43.25 | 3.25 | | | |
| 07/12/15 - 07/18/15 | 46.75 | 6.75 | | | |
| 07/19/15 - 07/25/15 | 39.41 | 0 | | | |
| 07/26/15 - 07/31/15 | 41.15 | 1.15 | | | |
| Totals | 170.56 | 11.15 | $700.00 | 4.1041 | 2.0521 $ 22.88 |
| | | | | | $ 22.88 |
| | | | | Grand Total | $ 190.38 |