# Jodi Arndt Labs

**From:** James A. Walcheske <jwalcheske@walcheskeluzi.com>
**Sent:** Friday, June 23, 2017 10:58 AM
**To:** Jodi Arndt Labs
**Cc:** James A. Walcheske; George Burnett
**Subject:** Re: Fast Matter

Sounds good.



James A. Walcheske
WALCHESKE & LUZI
Wisconsin's Employment Law Firm

Brookfield -- 15850 W. Bluemound Rd., Suite 304, Brookfield, WI 53005 -- (262) 780-1953
Appleton -- 4321 W. College Ave., Suite 200, Appleton, WI 54914 -- (920) 757-2440

www.walcheskeluzi.com

This e-mail, and any attachment to this e-mail, is intended only for the person to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. Use, distribution, or copying by anyone else is prohibited. If you receive this in error, please notify us promptly and then destroy this communication.

On Fri, Jun 23, 2017 at 10:54 AM, Jodi Arndt Labs <jodi@lcojlaw.com> wrote:

Let's go with 10:00 a.m. on Wednesday June 28th. We will plan to call your office at that time.

Thanks.

**JODI ARNDT LABS**

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476  F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com



EXHIBIT 5

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, June 23, 2017 10:52 AM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** James A. Walcheske <jwalcheske@walcheskeluzi.com>; George Burnett <GB@lcojlaw.com>
**Subject:** Re: Fast Matter

I can do Wednesday anytime between 9:30 and 10:30.



James A. Walcheske

**WALCHESKE & LUZI**
Wisconsin's Employment Law Firm

**Brookfield** -- 15850 W. Bluemound Rd., Suite 304, Brookfield, WI 53005 -- (262) 780-1953
**Appleton** -- 4321 W. College Ave., Suite 200, Appleton, WI 54914 -- (920) 757-2440

www.walcheskeluzi.com

This e-mail, and any attachment to this e-mail, is intended only for the person to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. Use, distribution, or copying by anyone else is prohibited. If you receive this in error, please notify us promptly and then destroy this communication.

On Fri, Jun 23, 2017 at 10:34 AM, Jodi Arndt Labs <jodi@lcojlaw.com> wrote:

Good Morning Jim,

We would be more than happy to discuss the status of the case with you. Unfortunately, Monday does not work as I have to attend an enforcement conference in Spring Green that day. We can, however, make some time on Wednesday or Thursday morning work. Please let me know if either morning will work on your end. Thanks.

JODI ARNDT LABS

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, June 23, 2017 9:34 AM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Subject:** Fast Matter

Jodi,

In light of the recent payments your client allegedly made to not only putative class members as defined in Mr. Fast's Complaint, but also potentially other, not previously included positions, I'd like to set a time for us to discuss the status of this case, including, but not necessarily limited to, who received the checks; what the checks represented; who performed the calculations underlying the check amounts; and whether you'd be willing to stipulate to stay this matter's deadlines pending our joint assessment of where this case currently stands in light of those checks.

I'd like to do this on Monday, if possible. I'm generally available between 10:30 and 3:00 that day.

Let me know. Thanks.



James A. Walcheske

**WALCHESKE & LUZI**
Wisconsin's Employment Law Firm

**Brookfield** -- 15850 W. Bluemound Rd., Suite 304, Brookfield, WI 53005 -- (262) 780-1953
**Appleton** -- 4321 W. College Ave., Suite 200, Appleton, WI 54914 -- (920) 757-2440

www.walcheskeluzi.com

This e-mail, and any attachment to this e-mail, is intended only for the person to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. Use, distribution, or copying by anyone else is prohibited. If you receive this in error, please notify us promptly and then destroy this communication.