UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                    Case No.: 16-CV-1637

CASH DEPOT, LTD.,

    Defendant.

---

## STIPULATION

---

    IT IS HEREBY STIPULATED by and between the attorneys for the parties hereto:

    WHEREAS, Cash Depot has recently submitted payment to employees for additional wages because, without conceding that the allegations in the Plaintiff's Complaint are correct, it believes the cost of litigation would exceed the amounts that would be due and owing if the Plaintiff's allegations were correct; and

    WHEREAS, the Plaintiff's counsel has evaluated on a preliminary basis the calculations made for such payment to the Plaintiff and has questioned the accuracy thereof; and

    WHEREAS, the parties have agreed that the Plaintiff's counsel may meet with appropriate personnel at the certified public accounting firm which made such calculations for Cash Depot to examine the accuracy thereof; and

    WHEREAS, the parties desire to avoid or reduce the time and expense of further litigation in the event that such calculations and payments are accurate;



EXHIBIT 6

Case 1:16-cv-01637-WCG   Filed 07/06/17   Page 1 of 2   Document 14
Case 1:16-cv-01637-WCG   Filed 08/04/17   Page 1 of 3   Document 21-6

NOW, THEREFORE, it is hereby stipulated by and between the parties that the scheduling order in this matter may be vacated upon approval of the Court and that counsel for the Plaintiff should advise the Court within 60 days of the status of the matter.

Dated this 6th day of July, 2017.

        LAW FIRM OF CONWAY OLEJNICZAK & JERRY, S.C.
        Attorneys for Defendant

        By: *s/George Burnett*
            George Burnett (State Bar #1005964)
            Jodi Arndt Labs (State Bar #1003359)

Dated this 6th day of July, 2017.

        WALCHESKE & LUZI, LLC
        Attorneys for Plaintiff

        By: s/James A. Walcheske
            James A. Walcheske, (State Bar #1065635)
            Scott S. Luzi, (State Bar #1067405)
            Jesse R. Dill, (State Bar No. 1061704)

201615.046:#2630023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                      Case No.: 16-CV-1637

CASH DEPOT, LTD.,

    Defendant.

**ORDER**

Upon the foregoing Stipulation and the record and proceedings herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that all case proceedings be stayed for a period of sixty (60) days and that Plaintiff's counsel shall advise the Court of the status of this matter within sixty (60) days hereof.

Dated this ____ day of July, 2017.

BY THE COURT:

_____
Honorable William C. Griesbach
Judge U.S. District Court Eastern District

201615.046:#2631840