UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

Case No.: 16-CV-1637

CASH DEPOT, LTD.,

    Defendant.

## ORDER

Upon the foregoing Stipulation and the record and proceedings herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that all case proceedings be stayed for a period of sixty (60) days and that Plaintiff's counsel shall advise the Court of the status of this matter within sixty (60) days hereof.

Dated this 7th day of July, 2017.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court



EXHIBIT 7

Case 1:16-cv-01637-WCG  Filed 07/07/17  Page 1 of 1  Document 15
Case 1:16-cv-01637-WCG  Filed 08/04/17  Page 1 of 1  Document 21-7