# Jodi Arndt Labs

**From:** Jodi Arndt Labs
**Sent:** Saturday, July 15, 2017 1:08 PM
**To:** 'James A. Walcheske'
**Cc:** George Burnett
**Subject:** RE: Conference call with Schenck - Tim Fast/Cash Depot

11:00 a.m. on Thursday July 20th works on our end. I need to confirm what location Amy Bradley will be at on Thursday. Once I confirm that, I will send out a meeting invite with call-in information. Thanks.

**JODI ARNDT LABS**
*Attorney*
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: jodi@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, July 14, 2017 6:32 PM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>
**Subject:** RE: Conference call with Schenck - Tim Fast/Cash Depot

If everyone can do 11, that works.

On Jul 14, 2017 3:57 PM, "Jodi Arndt Labs" <jodi@lcojlaw.com> wrote:

Amy Bradley at Schenck is only available the morning of July 20th, before 9:00 a.m. or after 10:00 a.m. Let me know if that works on your end. Thanks.

**JODI ARNDT LABS**

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200



EXHIBIT 10

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com

***IMPORTANT CONFIDENTIAL NOTICE*** 

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, July 14, 2017 3:15 PM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>
**Subject:** Re: Conference call with Schenck - Tim Fast/Cash Depot

Is it possible to do Thursday instead? My day's filled in a bit and I've got a 7th Circuit brief due that day, so if possible, I'd prefer it not be Wednesday. If, however, that's the only date that works, I'll see what I can do.

On Jul 14, 2017 10:54 AM, "Jodi Arndt Labs" <jodi@lcojlaw.com> wrote:

Good Morning Jim,

I apologize for the delay in getting back to you concerning a time to discuss the wage calculations with Schenck. I have confirmed with Schenck that they would be available for a call next Wednesday, July 19th. Based on my calendar, we could do a call between 9:00 a.m. and 3:00 p.m. Please let me know whether that date still works for you and, if so, what time you would like to have the call. We will then get you a call-in number.

Thank you.

JODI ARNDT LABS

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com

***IMPORTANT CONFIDENTIAL NOTICE***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.