Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Jill J. Ray
Joshua M. Koch

# Law Firm of
## CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Retired:
Gregory B. Conway
J. Michael Jerry

Telephone: (920) 437-0476
Facsimile: (920) 437-2868

jodi@lcojlaw.com
www.lcojlaw.com

August 3, 2017

Attorney James A. Walcheske
Walcheske & Luzi LLC
15850 W. Bluemound Road, Suite. 304
Brookfield, WI 53005-6008

    **Re:    Timothy J. Fast vs. Cash Depot, Ltd.**
           **U.S. District Court Case No.: 16-CV-1637**

Dear Attorney Walcheske:

Enclosed is a check in the amount of $13,333.35. This check represents payment of the costs and attorneys' fees incurred in advancing Mr. Fast's wage claim against Cash Depot. The payment is based on the interrogatory responses your office provided to us on July 14, 2017, wherein you represented that you had $402.35 in costs and $12,931 in attorneys' fees.

Please note that Cash Depot is making this payment despite the fact that you have failed to provide us with any type of backup documentation or details concerning the attorneys' fees, information we requested in our letter dated July 17, 2017. Without such information we are unable to assess the reasonableness of your attorneys' fees. However, as we have stated throughout this matter, we wish to avoid unnecessary legal fees and hence Cash Depot has elected to pay such fees and costs without assessing the reasonableness of the fees.

The enclosed payment, along with the previous payroll check we sent to you for the additional wages Schenck determined were owing to Mr. Fast, represents payment in full for the damages sustained by Mr. Fast, along with the liquidated damages and fees allowed for under the Fair Labor Standards Act.



EXHIBIT 14

P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868

Thank you.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
     Jodi Arndt Labs

JAL:jal
Enclosure
cc:    David R. Charles, Sr., Cash Depot, Ltd.

2648096

CASH DEPOT, LTD

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | | | | |
|---|---|---|---|---|---|---|---|
| WALCHESKE & LU | WALCHESKE & LUZI LLC | 0042535 | 7/27/2017 | | | | |
| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
| VI-91178 | 07222017 | 7/22/2017 | $13,333.35 | $13,333.35 | $0.00 | $0.00 | $13,333.35 |
| | | | $13,333.35 | $13,333.35 | $0.00 | $0.00 | $13,333.35 |

COMMENT

---

**Cash Depot, LTD**
1740 Cofrin Drive Suite 2
Green Bay, WI 54302-2086

123467

US bank
12-2/750

DATE 7/27/2017
AMOUNT $13,333.35

PAY Thirteen Thousand Three Hundred Thirty Three Dollars and 35 Cents
TO THE
ORDER
OF  WALCHESKE & LUZI LLC

VOID AFTER 90 DAYS