UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.     Case No.: 16-CV-1637

CASH DEPOT, LTD.,

    Defendant.

---

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Civil L.R. 56, the Defendant, Cash Depot, moves this court for summary judgment utilizing the Court's fast track summary judgment procedure.

Defendant files this motion in alternative to Defendant's Motion to Dismiss on Mootness Grounds. In the event the Court should deny Defendant's Motion to Dismiss, Defendant respectfully requests the Court to enter an order for summary judgment finding that the Defendant, Cash Depot, owes the Plaintiff, Timothy J. Fast, the sum of $380.76, plus his costs and reasonable attorneys' fees.

This motion is supported by Defendant's Brief in Support of its Motion to Dismiss, along with the declarations of Jodi Arndt Labs, Amy Bradley and Carol Reis being filed herewith.

Dated this 4th day of August, 2017.

    LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
    Attorneys for Defendant

    By:   *s/George Burnett*
        George Burnett (State Bar #1005964)
        Jodi Arndt Labs (State Bar #1033359)

**POST OFFICE ADDRESS:**
231 South Adams Street
Green Bay, WI 54301
P. O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868