# AMY MARIE BRADLEY, CPP
W2069 County Rd. S
Freedom, WI 54130
920-851-0430
abradley@new.rr.com

## WORK EXPERIENCE:

| | |
|---|---|
| August, 2005<br>Current | **Schenck SC**<br>Appleton, WI |

### Operations Lead - Payroll
Responsible for supporting operational area of payroll services department. Work with payroll vendor with system issues. Research unique payroll issues and advises internal personnel and/or clients. Inform staff and clients on compliance changes.

**Party Concepts, Inc.**
Appleton, WI

| | |
|---|---|
| February, 2000<br>March, 2005 | ### Payroll Supervisor<br>Responsible for processing payroll for 170 stores and corporate headquarters. Responsible for timely and accurately filing and deposit of 40 states payroll taxes. Ensure compliance on all Federal, State and Local payroll related laws and regulations. Responsible for Payroll J/E and balancing payroll related accounts. HRIS for Lawson Payroll System. Supervised Administrative Associate responsible for data entry and maintenance of personnel files. |
| July, 1999<br>February, 2000 | ### Payroll Administrator<br>Responsible for processing payroll for the store personnel. Responsible for timely and accurate filing and deposit of multi-state payroll taxes. |

**Service Merchandise Co. Inc.**
Out of Business, Nashville, TN

| | |
|---|---|
| February, 1996<br>May, 1999 | ### Compliance Supervisor<br>Responsible for the timely and accurate filing and depositing of payroll taxes for 35 states, 15 EIN's, for 400+ locations. Supervised 3 Administrative Associates responsible for over taxes, garnishments and commissions. |
| March, 1994<br>February, 1996 | ### Control Specialist<br>Responsible for accurate balancing of the payroll system. Ensure that all tax and payroll records remain in balance. Work with financial institutions in regards to direct deposit and stop payments on checks. |
| March, 1993<br>March, 1994 | ### Garnishment Specialist<br>Responsible for processing and timely payment of over 500 weekly garnishments. |

**EXHIBIT 1**

| | |
|---|---|
| October 1990<br>October, 1992 | **Sierra Construction Corp.**<br>Las Vegas, NV |

<u>Payroll Clerk</u>
Responsible for weekly computerized field payroll and payroll transcripts. Filing of union reports and workers compensation claims. Posting to and balancing of Vendor, Subcontractor and Cost Control Ledgers.

| | |
|---|---|
| December 1987<br>March 1990 | **Wright Companies/Express Oil & Gas of Nevada**<br>Out of Business, Las Vegas, NV |

<u>Payroll/Personnel</u>
Responsible for multi-company payroll transactions, Administrating benefits, including health insurance, 401k, and 125 plan. Also, timely reporting of payroll taxes, and balancing payroll related General Ledger Accounts.

**Humana Insurance** (formerly Employers Health Ins. Co.)
Green Bay, WI

| | |
|---|---|
| November 1984<br>July 1987 | <u>Payroll Accountant</u> |

Prepare all changes, additions, and deletion for employee data profile and payroll transactions. Responsible for information updates in regarding to payroll benefits, reporting payroll taxes timely and accurately for Federal, and several states, counties and cities.

| | |
|---|---|
| April 1984<br>November 1984 | <u>Assistant Accountant</u> |
| November 1982<br>April 1984 | <u>Bank Reconciliation Clerk</u> |
| August 1981<br>November 1982 | <u>Budget Clerk</u> |
| August 1981<br>August 1980 | <u>File Clerk</u> |

*EDUCATION:*

| | |
|---|---|
| September 1997 | Received C.P.P. Certification from American Payroll Association |
| January 1981<br>May 1987 | Fox Valley Technical College, Appleton, WI<br>Attended Accounting Associate Degree Program |

*REFERENCES:*          Provided upon request