# American Payroll Institute

WE THE UNDERSIGNED DECLARE THAT

*Amy M. Bradley, CPP*

has met the requirements of the

CERTIFICATION BOARD

of the

AMERICAN PAYROLL ASSOCIATION

and is hereby awarded recognition as

CERTIFIED PAYROLL PROFESSIONAL

1997

_____, CPP
Chairperson

_____, CPP

_____, CPP

_____

_____, CPP
President

_____

_____, CPP

_____, CPP

Certification valid through December 31, 2017

**EXHIBIT 2**