Please add the American Payroll Association to your contacts.

 

Amy M Bradley CPP
Operations Lead
Schenck SC
Janie Whitney 200 East Washington Street
Appleton, WI 54911

Dear Amy Bradley:

Thank you for attending American Payroll Association's **35th Annual Congress** and **Global Payroll Management Forum** in Orlando, FL, May 16-20, 2017. You have earned 25.5 RCHs and 2.55 CEUs. RCHs are awarded based on your workshop selections, RFID badge scanning, and completion of the daily Congress evaluations. If you feel the number of credits are in error, please return to the workshop selection form and select all workshops and events you attended so we can award you the appropriate RCHs. If you hold the CPP or FPC designation, you can use this letter for recertification purposes. Using your recertification folder, log the course and the amount of credit given, and insert this letter as documentation. Registration of CEUs is NOT required for recertification.

If you are seeking **CPE credits**, you MUST have completed the session evaluations that were emailed to you throughout the conference. You may also access the session evaluations by visiting: www.wynjade.com/apa17/CEU. The Congress Session Evaluation site is now available online until June 5, 2017. If you experience any technical difficulties with the website, please contact apascan@wyndhamjade.com. You will receive your CPE Certificate within 6 – 8 weeks by mail.

This program, 311045, has been approved for 25 (HR (General)) recertification credit hours toward PHR, SPHR and GPHR recertification through the HR Certification Institute. Please be sure to note the program ID number on your recertification application form. For more information about certification or recertification, please view the HRCI Recertification credit form.



The use of this seal is not an endorsement by the HR Certification Institute of the quality of the program. It means that this program has met the HR Certification Institute's criteria to be pre-approved for recertification credit.

If you have any unanswered questions concerning payroll, submit a question online by logging on at www.americanpayroll.org and clicking on Online Hotline



EXHIBIT 3

or call us at (210) 224-6406 and we'll be glad to refer you to a Hotline Committee Member.

Again, thank you for your attendance. If you would like to thank your manager for approving your participation, you'll find sample thank you letters at http://legacy.americanpayroll.org/thankyou.html.

We look forward to serving your educational needs in the future.

Sincerely,

Dan Maddux
Executive Director

58728 AC 17CONGev



Connect With APA

American Payroll Association
660 North Main Avenue, Suite 100
San Antonio, Texas 78205