Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Teri L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Jili J. Ray
Joshua M. Koch

Retired:
Gregory B. Conway
J. Michael Jerry

# Law Firm of
# CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Telephone: (920) 437-0476
Facsimile: (920) 437-2868
GB@lcojlaw.com
www.lcojlaw.com

June 6, 2017

Attorney James A. Walcheske
15850 W. Bluemound Road, Suite 304
Brookfield, WI 53005-6008

**Re:** **Fast, Timothy J. vs. Cash Depot, Ltd.**

Dear Attorney Walcheske:

I have enclosed my client's draft in the amount of $338.98, which represents the full amount that your client would be owed in the event he received everything he claims in his complaint in the above-referenced action. The calculation has been done by Schenck & Company, Cash Depot's outside accounting firm, and includes all statutory damages as well as the allegedly unpaid compensation he claims. We forward this based on the economic considerations involved, particularly the fact that the cost of litigating your client's claims will greatly exceed anything that might be owed him.

We have not enclosed a check for the costs or reasonable attorneys' fees in advancing the claim, because that information is lacking. My client will pay those costs and reasonable fees, so please forward an accounting of the costs and reasonable fees, and we will promptly remit payment.

In the event that this request is somehow insufficient for your purposes, I have enclosed a formal discovery request as well.

If you have any questions regarding any of the above, please advise.

Thank you very much.

Very truly yours,

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.

By: _____
George Burnett

GB:jf: 2612053
Enclosure

**EXHIBIT 1**

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868

Case 1:16-cv-01637-WCG   Filed 08/04/17   Page 1 of 2   Document 25-1

0000069

                                                                                        DATE
CASH DEPOT, LTD                                                                         06/05/2017
1740 COFRIN DRIVE
GREEN BAY, WI 54302
                                                                        AMOUNT
                                                                    $      338.98

THREE HUNDRED THIRTY EIGHT DOLLARS and 98 CENTS

PAY
TO THE
ORDER
OF
    Timothy J. Fast
    2564 Swanson Road
    Portage, IN  46368

| 642 | F SRVC | Fast, T. J. | | XXX-XX-8375 | 05/31/2017 | 0000069 |
|---|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END | CHECK NO. |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Audit Pay | 0.000 | 380.76 | 380.76 | FEDERAL MEDICAR | 5.52 | 5.52 |
| | | | | FEDERAL SOCIAL | 23.61 | 23.61 |
| | | | | INDIANA | 10.95 | 10.95 |
| | | | | Porter Cty IN | 1.70 | 1.70 |
| VACATION BAL | 0.000 | | | | | |
| 15.00 | 380.76 | 41.78 | 338.98 | 380.76 | 41.78 | 338.98 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

Employer Match 401K: