

1740 Cofrin Drive Suite 2 • Green Bay, WI 54302
• Phone: (920) 432-5777 • Fax: (920) 432-1918

May 18, 2017

To All Employees:

Cash Depot recently completed a wage audit of its payroll records. During the audit, we discovered that our payroll software had made some errors in the manner in which it had calculated overtime pay. We worked with the software company to correct the issues earlier this year and we are confident that the payroll software is now properly calculating overtime.

Although the wage and hour laws only require employers to look back two (2) years when conducting wage audits, Cash Depot looked back three (3) years and calculated what additional wages may be due and owing to each employee that was employed with us during that time. In addition to the extra year, we added interest to any additional wages owed. For those employees that we determined additional wages may be due, we added such overtime wages and interest to your current paycheck under a separate line item labeled "Audit Pay."

We apologize for the error that was made. Cash Depot values each of you and please know that we are always looking for ways to improve and ensure that we are treating our employees properly and fairly.

Do not hesitate to come to me or Al Jamir if you have any concerns about your wages.

Thank you for your contributions to Cash Depot.

Sincerely,


David Charles



EXHIBIT 1