# Conference call with Schenck - Tim Fast/Cash Depot     Clients   x


**Jodi Arndt Labs** <jodi@lcojlaw.com>   Jul 14
to James, George

Good Morning Jim,

I apologize for the delay in getting back to you concerning a time to discuss the wage calculations with Schenck. I have confirmed with Schenck that they would be available for a call next Wednesday, July 19th. Based on my calendar, we could do a call between 9:00 a.m. and 3:00 p.m. Please let me know whether that date still works for you and, if so, what time you would like to have the call. We will then get you a call-in number.

Thank you.

**JODI ARNDT LABS**
*Attorney*
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: jodi@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.


**James A. Walcheske** <jwalcheske@walcheske   Jul 14
to Jodi, George

Is it possible to do Thursday instead? My day's filled in a bit and I've got a 7th Circuit brief due that day, so if possible, I'd prefer it not be Wednesday. If, however, that's the only date that works, I'll see what I can do.


**Jodi Arndt Labs** <jodi@lcojlaw.com>   Jul 14
to James, George

I can make sometime work on Thursday but let me follow up with Schenck again as I did not run the 19th by them as a date in my original communications with them. I will let you know as soon as possible. Thanks.

**JODI ARNDT LABS**
*Attorney*
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200



Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: jodi@lcojlaw.com | lcojlaw.com

**IMPORTANT CONFIDENTIAL NOTICE**
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, July 14, 2017 3:15 PM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>
**Subject:** Re: Conference call with Schenck - Tim Fast/Cash Depot

---

**Jodi Arndt Labs** <jodi@lcojlaw.com>    Jul 14
to James, George

Amy Bradley at Schenck is only available the morning of July 20th, before 9:00 a.m. or after 10:00 a.m. Let me know if that works on your end. Thanks.

**JODI ARNDT LABS**
*Attorney*
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: jodi@lcojlaw.com | lcojlaw.com

**IMPORTANT CONFIDENTIAL NOTICE**
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, July 14, 2017 3:15 PM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>
**Subject:** Re: Conference call with Schenck - Tim Fast/Cash Depot

Is it possible to do Thursday instead? My day's filled in a bit and I've got a 7th Circuit brief due that day, so if possible, I'd prefer it not be Wednesday. If, however, that's the only date that works, I'll see what I can do.

---



**James A. Walcheske** <jwalcheske@walcheske...>    Jul 14
to Jodi, George

If everyone can do 11, that works.

**Jodi Arndt Labs** <jodi@lcojlaw.com>  Jul 15
to James, George

11:00 a.m. on Thursday July 20th works on our end.  I need to confirm what location Amy Bradley will be at on Thursday. Once I confirm that, I will send out a meeting invite with call-in information.  Thanks.


**JODI ARNDT LABS**
*Attorney*
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: jodi@lcojlaw.com | lcojlaw.com


**\*IMPORTANT CONFIDENTIAL NOTICE\***
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges.  Please destroy this message immediately and notify the sender that you received this message in error.  No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.


**From:** James A. Walcheske [mailto:jwalcheske@walcheskeluzi.com]
**Sent:** Friday, July 14, 2017 6:32 PM
**To:** Jodi Arndt Labs <jodi@lcojlaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>
**Subject:** RE: Conference call with Schenck - Tim Fast/Cash Depot



**James A. Walcheske** <jwalcheske@walche  Jul 20
to Jodi

Just so we're all on the same page, attached is the document I'd like to discuss today.



This e-mail, and any attachment to this e-mail, is intended only for the person to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure.  Use, distribution, or copying by anyone else is prohibited.  If you receive this in error, please notify us promptly and then destroy this communication.



 **James A. Walcheske** &lt;jwalcheske@walche  Jul 20
to Jodi, George

Sorry, realized I only replied to Jodi, rather than to both of you.

