CASH DEPOT, LTD    123467

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | | | | |
|---|---|---|---|---|---|---|---|
| WALCHESKE & LU | WALCHESKE & LUZI LLC | 0042535 | 7/27/2017 | | | | |
| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
| VI-91178 | 07222017 | 7/22/2017 | $13,333.35 | $13,333.35 | $0.00 | $0.00 | $13,333.35 |
| COMMENT | | | $13,333.35 | $13,333.35 | $0.00 | $0.00 | $13,333.35 |



Cash Depot, LTD
1740 Cofrin Drive Suite 2
Green Bay, WI 54302-2086

12-2/750

usbank

123467

DATE 7/27/2017        AMOUNT $13,333.35

PAY TO THE ORDER OF

Thirteen Thousand Three Hundred Thirty Three Dollars and 35 Cents

WALCHESKE & LUZI LLC

VOID AFTER 90 DAYS

⑆123467⑆ ⑈075000022⑈ 182380582524⑈

Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Jill J. Ray
Joshua M. Koch

Retired:
Gregory B. Conway
J. Michael Jerry

# Law Firm of
# CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Telephone: (920) 437-0476

Facsimile: (920) 437-2868

jodi@lcojlaw.com

www.lcojlaw.com

August 3, 2017

Attorney James A. Walcheske
Walcheske & Luzi LLC
15850 W. Bluemound Road, Suite. 304
Brookfield, WI 53005-6008

Re: **Timothy J. Fast vs. Cash Depot, Ltd.**
**U.S. District Court Case No.: 16-CV-1637**

Dear Attorney Walcheske:

Enclosed is a check in the amount of $13,333.35. This check represents payment of the costs and attorneys' fees incurred in advancing Mr. Fast's wage claim against Cash Depot. The payment is based on the interrogatory responses your office provided to us on July 14, 2017, wherein you represented that you had $402.35 in costs and $12,931 in attorneys' fees.

Please note that Cash Depot is making this payment despite the fact that you have failed to provide us with any type of backup documentation or details concerning the attorneys' fees, information we requested in our letter dated July 17, 2017. Without such information we are unable to assess the reasonableness of your attorneys' fees. However, as we have stated throughout this matter, we wish to avoid unnecessary legal fees and hence Cash Depot has elected to pay such fees and costs without assessing the reasonableness of the fees.

The enclosed payment, along with the previous payroll check we sent to you for the additional wages Schenck determined were owing to Mr. Fast, represents payment in full for the damages sustained by Mr. Fast, along with the liquidated damages and fees allowed for under the Fair Labor Standards Act.

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone 920-437-0476 • Fax 920-437-2868
www.lcojlaw.com

Case 1:16-cv-01637-WCG    Filed 09/01/17    Page 2 of 3    Document 35-9

Thank you.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
    Jodi Arndt Labs

JAL:jal
Enclosure
cc:   David R. Charles, Sr., Cash Depot, Ltd.

2648096