

June 14, 2017

<u>*Via facsimile only*</u>
*(920) 437-2868*

George Burnett, Esq.
Jodi Arndt Labs, Esq.
Conway, Olejniczak & Jerry S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200

   Re: <u>Fast v. Cash Depot, LTD.</u>

Dear Counsel:

On May 12, 2017, we served Plaintiff's First Set of Interrogatories and Requests for Production of Documents upon you and your client, Cash Depot, LTD. Cash Depot's responses were due on Monday, June 12, 2017. To date, we have not received Cash Depot's discovery responses and/or any other correspondence from you regarding this matter. In order for us to prosecute this matter adequately and efficiently on behalf of Mr. Fast and the other potential class members, we must have Cash Depot's responses this week and no later than June 16, 2017.

Please call me directly if you have any questions regarding Plaintiff's discovery requests.

Thank you.


Sincerely,
WALCHESKE & LUZI, LLC

*s/ Kelly L. Temeyer*

Kelly L. Temeyer
Attorney at Law
ktemeyer@walcheskeluzi.com

www.walcheskeluzi.com contact@walcheskeluzi.com

| BROOKFIELD | APPLETON | BY APPOINTMENT |
|---|---|---|
| 15850 W. Bluemound Road, Suite 304 | 4321 West College Avenue, Ste 200 | Glendale (Bayshore Mall) |
| Brookfield, Wisconsin 53005 | Appleton, Wisconsin 54915 | Milwaukee (Downtown) |
| Phone: (262) 780-1953 | Phone: (920) 757-2440 | Elm Grove |
| Fax: (262) 565-6469 | Fax: (262) 565-6469 | Menomonee Falls |

Case 1:16-cv-01637-WCG Filed 09/01/17 Page 1 of 1 Document 36-2