---------- Forwarded message ----------
From: "Jodi Arndt Labs" <jodi@lcojlaw.com>
Date: Jun 14, 2017 2:19 PM
Subject: FW: Fast / Cash Depot
To: "ktemeyer@walcheskeluzi.com" <ktemeyer@walcheskeluzi.com>
Cc:

Good Afternoon Kelly,

We received your letter and I am working on the responses to the discovery requests. I will not, however, be able to get you responses by the end of this week. I can commit to getting you responses by the end of the day next Wednesday, June 21st. Please let me know if that will be a problem.

Also, you mentioned in your letter that you have not received any communications from us regarding this matter. We did send your office a letter last week, along with a payroll check and some discovery requests. Please let us know if you did not receive such communication.

Thank you.

**JODI ARNDT LABS**

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**Kelly Temeyer**<kelly.l.temeyer@gmail.com>  Fri, Aug 18, 2017 at 11:05 AM
To: James Walcheske <jawalcheske@gmail.com>

---------- Forwarded message ----------
From: "Kelly Temeyer" <ktemeyer@walcheskeluzi.com>
Date: Jun 14, 2017 2:36 PM
Subject: Re: FW: Fast / Cash Depot
To: "Jodi Arndt Labs" <jodi@lcojlaw.com>
Cc:

Jodi,

It appears that we did receive a letter from you yesterday (Attorney Walcheske was out of the office yesterday). We will review your letter and get back to you with regard to that communication. We would appreciate if you can get us the discovery responses just as soon as possible, but will expect them no later the end of the day Wednesday, June 21, 2017.

Thank you.

Kelly



Brookfield -- 15850 W. Bluemound Rd., Suite 304, Brookfield, WI 53005 -- (262) 780-1953
Appleton -- 4321 W. College Ave., Suite 200, Appleton, WI 54914 -- (920) 757-2440

www.walcheskeluzi.com

On Wed, Jun 14, 2017 at 2:19 PM, Jodi Arndt Labs <jodi@lcojlaw.com> wrote:

> Good Afternoon Kelly,
>
> We received your letter and I am working on the responses to the discovery requests. I will not, however, be able to get you responses by the end of this week. I can commit to getting you responses by the end of the day next Wednesday, June 21st. Please let me know if that will be a problem.
>
> Also, you mentioned in your letter that you have not received any communications from us regarding this matter. We did send your office a letter last week, along with a payroll check and some discovery

requests.  Please let us know if you did not receive such communication.

Thank you.

**JODI ARNDT LABS**

*Attorney*

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: jodi@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges.  Please destroy this message immediately and notify the sender that you received this message in error.  No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.