UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY J. FAST,
on behalf of himself and all
others similarly situated,

      Plaintiff,

v.                                  Case No.: 16-CV-1637

CASH DEPOT, LTD.,

      Defendant.

---

**DEFENDANT'S SECOND SET OF INTERROGATORIES AND
REQUEST TO PRODUCE DOCUMENTS**

---

TO:    Timothy J. Fast
         c/o Attorney James A. Walcheske
         Walcheske & Luzi, LLC
         15850 W. Bluemound Road, Suite 304
         Brookfield, WI 53005

Defendant, Cash Depot, Ltd., by its attorneys, Law Firm of Conway, Olejniczak & Jerry, S.C., hereby requests that you answer, in writing and under oath, the following discovery demands within thirty (30) days of the time service is made upon you herewith, pursuant to the Federal Rules of Civil Procedure. In answering these demands, you are directed to employ the standard and ordinary meaning of words in the context of the Complaint filed in this action, and employ the Standard Definitions Applicable to All Discovery at Civil L.R. 26.3, which provides:

(a)    The full text of the definitions set forth in paragraph (b) is deemed incorporated by reference in all discovery, may not be varied by litigants, but must not preclude (i) the definition of other terms specific to the particular litigation, (ii) the use of abbreviations, or (iii) a more narrow definition of a term defined in paragraph (b).

(b)    Definitions. The following definitions apply to all discovery:

(1) Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

(2) Document. The terms "document" includes electronically stored information and is further defined to be synonymous in meaning and equal in scope of the usage of this term in Fed.R.Civ.P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

(3) Identify.

   (i) With Respect to Persons. When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

   (ii) With Respect to Documents. When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s).

(4) Person. The term "person" is defined as any natural person or any business, legal, or governmental entity, or association.

## INTERROGATORIES.

**Interrogatory No. 1.** With regard to the costs incurred or expended to date on your behalf for the above-referenced litigation, provide a description of each item of costs, the amount of such cost, indicate whether the cost has been paid, the amount of payment, and the person or entity making the payment. Attached to your answer any document corroborating any aspect of your answer.

**Interrogatory No. 2.** With regard to the attorney's fees incurred or expended to date in this litigation, (A) describe the total amount of the fees incurred, the nature of each legal service and/or activity for which any charge was made for legal services, the amount of time spent on

2

each such legal service and/or activity, the amount charged for such legal service and/or activity, and state whether payment has been made, and if so, by whom and when; (B) if the legal charges were based upon increments of time, such as an hourly charge, describe for each person providing legal service and/or activity, the amount of the charge, indicate the capacity (i.e. attorney, paralegal, administration staff, etc.) of the person performing such legal service and/or activity, describe the qualifications of such person to perform those tasks. Indicate the nature of the fee agreement between you and your attorneys: this means whether the fee agreement is hourly, a flat fee, or contingent based on recovery or any other arrangement.

Attach to your answer, any document corroborating any aspect of your answer.

Dated this 7th day of June, 2017.

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
Attorneys for the Defendant, Cash Depot, Ltd.

By: _____
R. George Burnett (State Bar No. 1005964)
Jodi Arndt Labs (State Bar No. 1033359)

**POST OFFICE ADDRESS:**
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
(920) 437-0476
jodi@lcojlaw.com
gb@lcojlaw.com
2612624

The undersigned certifies that a true copy of the within was served by mail upon all attorneys of record pursuant to Wis. Stats. Sec. 801.14, this 7th day of June 20 17

Bonnie K. Houlihan
Signature

3
Case 1:16-cv-01637-WCG   Filed 09/01/17   Page 3 of 3   Document 36-5