Security Filter Criteria:  
Sequence: Alpha  
Filter: Employee ID, None  
Range: 000000642 to 000000642 , None  
Date Range: 07/01/2015 to 08/31/2016

**Satellite Receivers Ltd.**  
Daily Hours Report  
Current Period Loaded from History

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha: Fast, Timothy J** | | | | | | | | | | | |
| **000000642** | **Fast, Timothy J** | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/06/2015 08:00 AM | 0 | 0 | 04:00 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/07/2015 08:00 AM | 0 | 0 | 04:00 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/08/2015 08:00 AM | 0 | 0 | 04:00 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/09/2015 08:00 AM | 0 | 0 | 04:00 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/10/2015 08:00 AM | 0 | 0 | 04:00 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/10/2015 04:00 PM | 0 | 0 | 07:15 PM | | 3.25 | | |
| | | | | Week of 07/09/2015 | | | | 40.00 | 3.25 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 07/12/2015 06:00 PM | 0 | 0 | 10:30 PM | 4.50 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/13/2015 08:00 AM | 60 | 0 | 04:30 PM | 7.50 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/14/2015 08:00 AM | 60 | 0 | 04:30 PM | 7.50 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/15/2015 08:00 AM | 60 | 0 | 05:30 PM | 8.50 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/16/2015 08:00 AM | 60 | 0 | 04:00 PM | 7.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/17/2015 08:17 AM | 0 | 0 | 01:17 PM | 5.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/17/2015 01:17 PM | 0 | 0 | 08:02 PM | | 6.75 | | |
| | | | | Week of 07/16/2015 | | | | 40.00 | 6.75 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/20/2015 08:55 AM | 0 | 0 | 05:01 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/21/2015 08:57 AM | 0 | 0 | 05:01 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/22/2015 08:56 AM | 0 | 0 | 03:01 PM | 6.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/23/2015 08:55 AM | 0 | 0 | 06:00 PM | 9.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/24/2015 08:55 AM | 0 | 0 | 05:00 PM | 8.08 | | | |
| | | | | Week of 07/23/2015 | | | | 39.41 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/27/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/28/2015 08:50 AM | 0 | 0 | 05:42 PM | 8.87 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/29/2015 08:55 AM | 0 | 0 | 05:00 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/30/2015 08:54 AM | 0 | 0 | 05:00 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/31/2015 08:58 AM | 0 | 0 | 03:51 PM | 6.88 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/31/2015 03:51 PM | 0 | 0 | 05:00 PM | | 1.15 | | |
| | | | | Week of 07/30/2015 | | | | 40.00 | 1.15 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 08/03/2015 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 08/04/2015 08:54 AM | 0 | 0 | 05:00 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 08/05/2015 08:57 AM | 0 | 0 | 10:38 PM | 13.68 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 08/06/2015 08:57 AM | 0 | 0 | 06:15 PM | 9.30 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/07/2015 08:58 AM | 0 | 0 | 09:45 AM | 0.80 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/07/2015 09:45 AM | 0 | 0 | 08:32 PM | | 10.77 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 08/08/2015 09:51 AM | 0 | 0 | 04:35 PM | | 6.73 | | |
| | | | | Week of 08/06/2015 | | | | 40.00 | 17.50 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 08/09/2015 09:21 AM | 0 | 0 | 01:14 PM | 3.88 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 08/10/2015 08:54 AM | 0 | 0 | 05:18 PM | 8.40 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 08/11/2015 08:57 AM | 0 | 0 | 03:00 PM | 6.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 08/12/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 08/13/2015 08:56 AM | 0 | 0 | 05:16 PM | 8.33 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/14/2015 08:56 AM | 0 | 0 | 02:13 PM | 5.29 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/14/2015 02:13 PM | 0 | 0 | 05:00 PM | | 2.78 | | |

**EXHIBIT 1**

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642 , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Week of 08/13/2015 | | | | 40.00 | 2.78 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 08/17/2015 08:59 AM | 0 | 0 | 05:01 PM | 8.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 08/18/2015 08:58 AM | 0 | 0 | 05:00 PM | 8.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 08/19/2015 08:56 AM | 0 | 0 | 07:25 PM | 10.48 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 08/20/2015 08:57 AM | 0 | 0 | 06:00 PM | 9.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/21/2015 08:57 AM | 0 | 0 | 01:21 PM | 4.41 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/21/2015 01:21 PM | 0 | 0 | 05:00 PM | | 3.64 | | |
| | | | | Week of 08/20/2015 | | | | 40.00 | 3.64 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 08/24/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 08/25/2015 08:59 AM | 0 | 0 | 05:00 PM | 8.02 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 08/26/2015 08:58 AM | 0 | 0 | 05:00 PM | 8.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 08/27/2015 08:56 AM | 0 | 0 | 05:04 PM | 8.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/28/2015 08:58 AM | 0 | 0 | 04:44 PM | 7.77 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 08/28/2015 04:44 PM | 0 | 0 | 05:00 PM | | 0.26 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 08/29/2015 12:48 PM | 19 | 0 | 06:05 PM | | 4.97 | | |
| | | | | Week of 08/27/2015 | | | | 40.00 | 5.23 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 08/30/2015 11:23 AM | 0 | 0 | 01:21 PM | 1.97 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 08/31/2015 08:58 AM | 0 | 0 | 05:00 PM | 8.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 09/01/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 09/02/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 09/03/2015 08:15 AM | 0 | 0 | 05:20 PM | 9.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/04/2015 08:58 AM | 0 | 0 | 01:47 PM | 4.82 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/04/2015 01:47 PM | 0 | 0 | 05:04 PM | | 3.28 | | |
| | | | | Week of 09/03/2015 | | | | 40.00 | 3.28 | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 09/08/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 09/09/2015 08:52 AM | 0 | 0 | 05:00 PM | 8.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 09/10/2015 09:02 AM | 0 | 0 | 05:02 PM | 8.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/11/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| | | | | Week of 09/10/2015 | | | | 32.25 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 09/14/2015 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 09/15/2015 08:57 AM | 0 | 0 | 08:00 PM | 11.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 09/16/2015 08:51 AM | 0 | 0 | 05:00 PM | 8.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 09/17/2015 08:54 AM | 0 | 0 | 07:15 PM | 10.35 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/18/2015 09:00 AM | 0 | 0 | 11:24 AM | 2.40 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/18/2015 11:24 AM | 0 | 0 | 05:00 PM | | 5.60 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 09/19/2015 09:30 AM | 0 | 0 | 06:00 PM | | 8.50 | | |
| | | | | Week of 09/17/2015 | | | | 40.00 | 14.10 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 09/20/2015 11:15 AM | 0 | 0 | 07:06 PM | 7.85 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 09/21/2015 08:55 AM | 0 | 0 | 06:20 PM | 9.42 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 09/22/2015 08:55 AM | 0 | 0 | 06:15 PM | 9.33 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 09/23/2015 09:00 AM | 0 | 0 | 05:30 PM | 8.50 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 09/24/2015 08:57 AM | 0 | 0 | 01:51 PM | 4.90 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 09/24/2015 01:51 PM | 0 | 0 | 05:00 PM | | 3.15 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 09/25/2015 08:56 AM | 0 | 0 | 07:00 PM | | 10.07 | | |
| | | | | Week of 09/24/2015 | | | | 40.00 | 13.22 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 09/28/2015 08:54 AM | 0 | 0 | 05:00 PM | 8.10 | | | |

Security Filter Criteria:  
Sequence: Alpha  
Filter: Employee ID, None  
Range: 000000642 to 000000642 , None  
Date Range: 07/01/2015 to 08/31/2016

**Satellite Receivers Ltd.**  
Daily Hours Report  
Current Period Loaded from History

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha: Fast, Timothy J** | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 09/29/2015 08:54 AM | 0 | 0 | 05:00 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 09/30/2015 08:54 AM | 0 | 0 | 06:15 PM | 9.35 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/01/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/02/2015 08:56 AM | 0 | 0 | 03:19 PM | 6.38 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/02/2015 03:19 PM | 0 | 0 | 05:25 PM | | 2.10 | | |
| | | | | Week of 10/01/2015 | | | | 40.00 | 2.10 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 10/05/2015 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 10/06/2015 08:55 AM | 0 | 0 | 05:05 PM | 8.17 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 10/07/2015 08:52 AM | 0 | 0 | 05:50 PM | 8.97 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/08/2015 08:00 AM | 0 | 0 | 08:45 PM | 12.75 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/09/2015 07:51 AM | 0 | 0 | 09:50 AM | 1.99 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/09/2015 09:50 AM | 0 | 0 | 08:30 PM | | 10.66 | | |
| | | | | Week of 10/08/2015 | | | | 40.00 | 10.66 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 10/12/2015 08:53 AM | 0 | 0 | 07:35 PM | 10.70 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 10/13/2015 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 10/14/2015 08:52 AM | 0 | 0 | 05:00 PM | 8.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/15/2015 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/16/2015 08:54 AM | 0 | 0 | 01:49 PM | 4.93 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/16/2015 01:49 PM | 0 | 0 | 06:31 PM | | 4.69 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 10/17/2015 09:55 AM | 0 | 0 | 07:15 PM | | 9.33 | | |
| | | | | Week of 10/15/2015 | | | | 40.00 | 14.02 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 10/18/2015 09:15 AM | 0 | 0 | 11:05 AM | 1.83 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 10/19/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 10/20/2015 08:55 AM | 0 | 0 | 05:00 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 10/21/2015 11:50 AM | 0 | 0 | 05:00 PM | 5.17 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/22/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/23/2015 08:57 AM | 0 | 0 | 05:43 PM | 8.78 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/23/2015 05:43 PM | 0 | 0 | 09:15 PM | | 3.52 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 10/24/2015 08:00 AM | 0 | 0 | 05:23 PM | | 9.38 | | |
| | | | | Week of 10/22/2015 | | | | 40.00 | 12.90 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 10/26/2015 08:55 AM | 0 | 0 | 06:06 PM | 9.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 10/27/2015 08:53 AM | 0 | 0 | 07:41 PM | 10.80 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 10/28/2015 08:56 AM | 0 | 0 | 09:30 PM | 12.57 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/29/2015 08:56 AM | 0 | 0 | 04:23 PM | 7.45 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 10/29/2015 04:23 PM | 0 | 0 | 07:05 PM | | 2.70 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 10/30/2015 08:56 AM | 0 | 0 | 05:35 PM | | 8.65 | | |
| | | | | Week of 10/29/2015 | | | | 40.00 | 11.35 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 11/02/2015 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 11/03/2015 08:57 AM | 0 | 0 | 06:20 PM | 9.38 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 11/04/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/05/2015 08:58 AM | 0 | 0 | 05:00 PM | 8.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/06/2015 08:57 AM | 0 | 0 | 03:21 PM | 6.40 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/06/2015 03:21 PM | 0 | 0 | 07:00 PM | | 3.65 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 11/07/2015 09:00 AM | 0 | 0 | 03:00 PM | | 6.00 | | |
| | | | | Week of 11/05/2015 | | | | 40.00 | 9.65 | | |

# Satellite Receivers Ltd.

## Daily Hours Report
### Current Period Loaded from History

Security Filter Criteria:
Sequence:  Alpha
Filter:  Employee ID, None
Range:  000000642 to 000000642  , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alpha: Fast, Timothy J | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 11/08/2015 09:00 AM | 0 | 0 | 04:20 PM | 7.33 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 11/09/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 11/10/2015 08:57 AM | 0 | 0 | 05:35 PM | 8.63 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 11/11/2015 08:57 AM | 0 | 0 | 05:30 PM | 8.55 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/12/2015 08:10 AM | 0 | 0 | 03:35 PM | 7.42 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/12/2015 03:35 PM | 0 | 0 | 06:00 PM | | 2.41 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/13/2015 08:57 AM | 0 | 0 | 06:00 PM | | 9.05 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 11/14/2015 09:45 AM | 0 | 0 | 12:07 PM | | 2.37 | | |
| | | | | Week of 11/12/2015 | | | | 40.00 | 13.83 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 11/16/2015 08:58 AM | 0 | 0 | 05:02 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 11/17/2015 08:56 AM | 0 | 0 | 07:25 PM | 10.48 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 11/18/2015 08:56 AM | 0 | 0 | 06:55 PM | 9.98 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/19/2015 08:52 AM | 0 | 0 | 08:20 PM | 11.47 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/19/2015 08:20 PM | 0 | 0 | 08:30 PM | | 0.16 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/20/2015 08:57 AM | 0 | 0 | 06:00 PM | | 9.05 | | |
| | | | | Week of 11/19/2015 | | | | 40.00 | 9.21 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 11/23/2015 08:55 AM | 0 | 0 | 09:05 PM | 12.17 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 11/24/2015 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 11/25/2015 08:56 AM | 0 | 0 | 07:55 PM | 10.98 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 11/26/2015 - Sal & Oth Hrs: 0007 - Holiday | | | | | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/27/2015 08:57 AM | 0 | 0 | 05:43 PM | 8.78 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 11/27/2015 05:43 PM | 0 | 0 | 08:30 PM | | 2.77 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 11/28/2015 09:41 AM | 0 | 0 | 05:17 PM | | 7.60 | | |
| | | | | Week of 11/26/2015 | | | | 40.00 | 10.37 | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Sun | 11/29/2015 07:55 AM | 0 | 0 | 04:21 PM | 8.43 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 11/30/2015 08:57 AM | 0 | 0 | 06:10 PM | 9.22 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 12/01/2015 09:06 AM | 0 | 0 | 05:15 PM | 8.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 12/02/2015 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/03/2015 08:57 AM | 0 | 0 | 03:03 PM | 6.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/03/2015 03:03 PM | 0 | 0 | 05:03 PM | | 2.00 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 12/04/2015 09:28 AM | 0 | 0 | 02:30 PM | | 5.03 | | |
| | | | | Week of 12/03/2015 | | | | 40.00 | 7.03 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 12/07/2015 08:55 AM | 0 | 0 | 06:41 PM | 9.77 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 12/08/2015 08:58 AM | 0 | 0 | 05:03 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 12/09/2015 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/10/2015 08:54 AM | 0 | 0 | 09:00 PM | 12.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 12/11/2015 07:00 AM | 0 | 0 | 08:58 AM | 1.97 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 12/11/2015 08:58 AM | 0 | 0 | 05:15 PM | | 8.28 | | |
| | | | | Week of 12/10/2015 | | | | 40.00 | 8.28 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 12/14/2015 08:56 AM | 0 | 0 | 11:00 PM | 14.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 12/15/2015 08:58 AM | 0 | 0 | 08:32 PM | 11.57 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 12/16/2015 08:57 AM | 0 | 0 | 08:03 PM | 11.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/17/2015 08:57 AM | 0 | 0 | 12:12 PM | 3.26 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/17/2015 12:12 PM | 0 | 0 | 07:40 PM | | 7.46 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 12/18/2015 08:57 AM | 0 | 0 | 05:01 PM | | 8.07 | | |

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642, None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alpha: Fast, Timothy J** | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 12/19/2015 08:56 AM | 0 | 0 | 08:10 PM | | 11.23 | | |
| | | | | Week of 12/17/2015 | | | | 40.00 | 26.76 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 12/21/2015 08:58 AM | 0 | 0 | 08:27 PM | 11.48 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 12/22/2015 08:58 AM | 0 | 0 | 05:17 PM | 8.32 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 12/23/2015 08:56 AM | 0 | 0 | 09:11 PM | 12.25 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/24/2015 08:57 AM | 0 | 0 | 04:54 PM | 7.95 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/24/2015 04:54 PM | 0 | 0 | 05:02 PM | | 0.13 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 12/25/2015 - Sal & Oth Hrs: 0007 - Christma | | | | | | 8.00 | |
| | | | | Week of 12/24/2015 | | | | 40.00 | 0.13 | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 12/28/2015 08:56 AM | 0 | 0 | 10:56 PM | 14.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 12/29/2015 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 12/30/2015 08:56 AM | 0 | 0 | 06:20 PM | 9.40 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/31/2015 08:53 AM | 0 | 0 | 05:24 PM | 8.52 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 12/31/2015 05:24 PM | 0 | 0 | 06:52 PM | | 1.46 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/01/2016 - Sal & Oth Hrs: 0007 - New Yr | | | | | | 8.00 | |
| | | | | Week of 12/31/2015 | | | | 40.00 | 1.46 | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 01/04/2016 08:55 AM | 0 | 0 | 08:00 PM | 11.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 01/05/2016 08:57 AM | 0 | 0 | 06:50 PM | 9.88 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 01/06/2016 08:56 AM | 0 | 0 | 06:42 PM | 9.77 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 01/07/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/08/2016 08:53 AM | 0 | 0 | 10:04 AM | 1.19 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/08/2016 10:04 AM | 0 | 0 | 12:01 PM | | 1.94 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 01/09/2016 08:53 AM | 0 | 0 | 05:26 PM | | 8.55 | | |
| | | | | Week of 01/07/2016 | | | | 40.00 | 10.49 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 01/11/2016 08:00 AM | 0 | 0 | 05:12 PM | 9.20 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 01/12/2016 08:56 AM | 0 | 0 | 05:03 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 01/13/2016 08:56 AM | 0 | 0 | 07:44 PM | 10.80 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 01/14/2016 08:55 AM | 0 | 0 | 07:40 PM | 10.75 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/15/2016 08:56 AM | 0 | 0 | 10:04 AM | 1.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/15/2016 10:04 AM | 0 | 0 | 05:01 PM | | 6.95 | | |
| | | | | Week of 01/14/2016 | | | | 40.00 | 6.95 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 01/18/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 01/19/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 01/20/2016 08:56 AM | 0 | 0 | 05:12 PM | 8.27 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 01/21/2016 08:56 AM | 0 | 0 | 06:42 PM | 9.77 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/22/2016 08:58 AM | 0 | 0 | 02:43 PM | 5.76 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/22/2016 02:43 PM | 0 | 0 | 06:29 PM | | 3.76 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 01/23/2016 10:59 AM | 0 | 0 | 02:01 PM | | 3.03 | | |
| | | | | Week of 01/21/2016 | | | | 40.00 | 6.79 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 01/24/2016 12:10 PM | 0 | 0 | 04:00 PM | 3.83 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 01/25/2016 08:56 AM | 0 | 0 | 05:07 PM | 8.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 01/26/2016 08:56 AM | 0 | 0 | 07:07 PM | 10.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 01/27/2016 08:57 AM | 0 | 0 | 06:01 PM | 9.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 01/28/2016 08:57 AM | 0 | 0 | 05:41 PM | 8.74 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 01/28/2016 05:41 PM | 0 | 0 | 05:48 PM | | 0.11 | | |

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642 , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alpha: Fast, Timothy J | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 01/29/2016 08:57 AM | 0 | 0 | 05:01 PM | | 8.07 | | |
| | | | | | | | Week of 01/28/2016 | 40.00 | 8.18 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 02/01/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 02/02/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 02/03/2016 08:55 AM | 0 | 0 | 05:02 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 02/04/2016 08:54 AM | 0 | 0 | 05:26 PM | 8.53 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/05/2016 08:56 AM | 0 | 0 | 04:05 PM | 7.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/05/2016 04:05 PM | 0 | 0 | 05:10 PM | | 1.08 | | |
| | | | | | | | Week of 02/04/2016 | 40.00 | 1.08 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 02/08/2016 08:56 AM | 0 | 0 | 07:22 PM | 10.43 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 02/09/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Thu | 02/11/2016 08:57 AM | 0 | 0 | 08:20 PM | 11.38 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/12/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| | | | | | | | Week of 02/11/2016 | 29.89 | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 02/15/2016 08:56 AM | 0 | 0 | 06:22 PM | 9.43 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 02/16/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 02/17/2016 08:56 AM | 0 | 0 | 05:35 PM | 8.65 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 02/18/2016 08:54 AM | 0 | 0 | 05:00 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/19/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Sat | 02/20/2016 08:56 AM | 0 | 0 | 02:40 PM | 5.74 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 02/20/2016 02:40 PM | 0 | 0 | 06:39 PM | | 3.98 | | |
| | | | | | | | Week of 02/18/2016 | 40.00 | 3.98 | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Sun | 02/21/2016 08:56 AM | 0 | 0 | 06:30 PM | 9.57 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 02/22/2016 08:57 AM | 0 | 0 | 05:02 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 02/23/2016 08:56 AM | 0 | 0 | 06:46 PM | 9.83 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 02/24/2016 08:58 AM | 0 | 0 | 12:00 PM | 3.03 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 02/25/2016 08:57 AM | 0 | 0 | 05:10 PM | 8.22 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/26/2016 08:57 AM | 0 | 0 | 10:13 AM | 1.27 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 02/26/2016 10:13 AM | 0 | 0 | 07:15 PM | | 9.03 | | |
| | | | | | | | Week of 02/25/2016 | 40.00 | 9.03 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 02/29/2016 08:56 AM | 0 | 0 | 07:21 PM | 10.42 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 03/01/2016 08:56 AM | 0 | 0 | 07:17 PM | 10.35 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/02/2016 08:56 AM | 0 | 0 | 06:35 PM | 9.65 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/03/2016 08:57 AM | 0 | 0 | 06:31 PM | 9.58 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/03/2016 06:31 PM | 0 | 0 | 08:36 PM | | 2.07 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/04/2016 08:57 AM | 0 | 0 | 09:01 PM | | 12.07 | | |
| | | | | | | | Week of 03/03/2016 | 40.00 | 14.14 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 03/07/2016 08:56 AM | 0 | 0 | 08:33 PM | 11.62 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 03/08/2016 08:57 AM | 0 | 0 | 05:02 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/09/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/10/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/11/2016 08:56 AM | 0 | 0 | 01:03 PM | 4.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/11/2016 01:03 PM | 0 | 0 | 05:17 PM | | 4.23 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 03/12/2016 09:51 AM | 0 | 0 | 05:38 PM | | 7.78 | | |

Case 1:16-cv-01637-WCG   Filed 09/15/17   Page 6 of 10   Document 39-1

Security Filter Criteria:  
Sequence: Alpha  
Filter: Employee ID, None  
Range: 000000642 to 000000642 , None  
Date Range: 07/01/2015 to 08/31/2016  

**Satellite Receivers Ltd.**  
Daily Hours Report  
Current Period Loaded from History

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Week of 03/10/2016 | | | | 40.00 | 12.01 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 03/13/2016 08:59 AM | 0 | 0 | 03:50 PM | 6.85 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 03/14/2016 08:56 AM | 0 | 0 | 06:36 PM | 9.67 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 03/15/2016 08:57 AM | 0 | 0 | 05:01 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/16/2016 08:57 AM | 0 | 0 | 05:02 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/17/2016 08:56 AM | 0 | 0 | 04:16 PM | 7.33 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/17/2016 04:16 PM | 0 | 0 | 06:52 PM | | 2.60 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/18/2016 08:56 AM | 0 | 0 | 10:00 PM | | 13.07 | | |
| | | | | Week of 03/17/2016 | | | | 40.00 | 15.67 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 03/21/2016 08:56 AM | 0 | 0 | 05:05 PM | 8.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 03/22/2016 08:57 AM | 0 | 0 | 05:01 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/23/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/24/2016 08:57 AM | 0 | 0 | 07:46 PM | 10.82 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/25/2016 08:55 AM | 0 | 0 | 01:48 PM | 4.89 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 03/25/2016 01:48 PM | 0 | 0 | 05:42 PM | | 3.89 | | |
| | | | | Week of 03/24/2016 | | | | 40.00 | 3.89 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 03/28/2016 08:57 AM | 0 | 0 | 05:28 PM | 8.52 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 03/29/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/30/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Wed | 03/30/2016 07:56 AM | 0 | 0 | 12:01 PM | 4.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 03/31/2016 08:56 AM | 0 | 0 | 05:16 PM | 8.33 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 04/01/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| | | | | Week of 03/31/2016 | | | | 37.06 | | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 04/04/2016 08:56 AM | 0 | 0 | 05:44 PM | 8.80 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 04/05/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 04/06/2016 08:56 AM | 0 | 0 | 08:28 PM | 11.53 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/07/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/07/2016 07:56 AM | 0 | 0 | 12:01 PM | 4.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 04/08/2016 08:58 AM | 0 | 0 | 02:01 PM | 5.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 04/09/2016 09:13 AM | 0 | 0 | 11:40 AM | 2.46 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 04/09/2016 11:40 AM | 0 | 0 | 02:00 PM | | 2.32 | | |
| | | | | Week of 04/07/2016 | | | | 40.00 | 2.32 | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Sun | 04/10/2016 09:24 AM | 0 | 0 | 05:00 PM | 7.60 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 04/11/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 04/12/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 04/13/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/14/2016 09:00 AM | 0 | 0 | 05:11 PM | 8.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/14/2016 05:11 PM | 0 | 0 | 06:23 PM | | 1.20 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 04/15/2016 08:57 AM | 0 | 0 | 05:00 PM | | 8.05 | | |
| | | | | Week of 04/14/2016 | | | | 40.00 | 9.25 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 04/18/2016 08:57 AM | 0 | 0 | 05:02 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 04/19/2016 08:55 AM | 0 | 0 | 05:06 PM | 8.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 04/20/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/21/2016 08:56 AM | 0 | 0 | 05:05 PM | 8.15 | | | |
| | | | | Week of 04/21/2016 | | | | 32.48 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 04/25/2016 08:56 AM | 0 | 0 | 05:09 PM | 8.22 | | | |

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642   , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alpha: Fast, Timothy J | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 04/26/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 04/27/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 04/28/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 04/29/2016 08:56 AM | 0 | 0 | 02:31 PM | 5.58 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 04/30/2016 01:47 PM | 0 | 0 | 03:47 PM | 2.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 04/30/2016 03:47 PM | 0 | 0 | 04:55 PM | | 1.13 | | |
| | | | | Week of 04/28/2016 | | | | 40.00 | 1.13 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 05/01/2016 12:11 PM | 0 | 0 | 03:36 PM | 3.42 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 05/02/2016 08:57 AM | 0 | 0 | 05:01 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 05/03/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 05/04/2016 06:54 AM | 0 | 0 | 06:00 PM | 11.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/05/2016 08:56 AM | 0 | 0 | 06:17 PM | 9.36 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/05/2016 06:17 PM | 0 | 0 | 08:10 PM | | 1.87 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 05/06/2016 08:55 AM | 0 | 0 | 05:02 PM | | 8.12 | | |
| | | | | Week of 05/05/2016 | | | | 40.00 | 9.99 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 05/09/2016 08:56 AM | 0 | 0 | 04:33 PM | 7.62 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 05/10/2016 08:56 AM | 0 | 0 | 05:09 PM | 8.22 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 05/11/2016 07:57 AM | 0 | 0 | 05:00 PM | 9.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/12/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 05/13/2016 08:56 AM | 0 | 0 | 03:58 PM | 7.04 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 05/13/2016 03:58 PM | 0 | 0 | 05:02 PM | | 1.06 | | |
| | | | | Week of 05/12/2016 | | | | 40.00 | 1.06 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 05/16/2016 08:57 AM | 0 | 0 | 05:26 PM | 8.48 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 05/17/2016 08:56 AM | 0 | 0 | 05:05 PM | 8.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 05/18/2016 08:56 AM | 0 | 0 | 03:31 PM | 6.58 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/19/2016 08:56 AM | 0 | 0 | 05:02 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 05/20/2016 08:56 AM | 0 | 0 | 05:04 PM | 8.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 05/21/2016 09:27 AM | 0 | 0 | 10:00 AM | 0.56 | | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 05/21/2016 10:00 AM | 0 | 0 | 02:33 PM | | 4.54 | | |
| | | | | Week of 05/19/2016 | | | | 40.00 | 4.54 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 05/22/2016 08:55 AM | 0 | 0 | 05:35 PM | 8.67 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 05/23/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 05/24/2016 08:53 AM | 0 | 0 | 05:00 PM | 8.12 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 05/25/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/26/2016 08:59 AM | 0 | 0 | 04:04 PM | 7.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 05/26/2016 04:04 PM | 0 | 0 | 07:13 PM | | 3.15 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 05/27/2016 08:56 AM | 0 | 0 | 05:01 PM | | 8.08 | | |
| | | | | Week of 05/26/2016 | | | | 40.00 | 11.23 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 05/30/2016 - Sal & Oth Hrs: 0007 - Holiday | | | | | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Tue | 05/31/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 06/01/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/02/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/03/2016 08:55 AM | 0 | 0 | 05:01 PM | 8.10 | | | |
| | | | | Week of 06/02/2016 | | | | 32.25 | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 06/06/2016 08:56 AM | 0 | 0 | 05:04 PM | 8.13 | | | |

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642 , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alpha: Fast, Timothy J | | | | | | | | | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 06/07/2016 08:56 AM | 0 | 0 | 05:05 PM | 8.15 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 06/08/2016 08:57 AM | 0 | 0 | 05:03 PM | 8.10 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/09/2016 08:56 AM | 0 | 0 | 07:18 PM | 10.37 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/10/2016 08:56 AM | 0 | 0 | 02:11 PM | 5.25 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/10/2016 02:11 PM | 0 | 0 | 05:04 PM | | 2.88 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 06/11/2016 09:39 AM | 0 | 0 | 06:26 PM | | 8.78 | | |
| | | | | Week of 06/09/2016 | | | | 40.00 | 11.66 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 06/12/2016 08:52 AM | 0 | 0 | 12:38 PM | 3.77 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 06/13/2016 08:57 AM | 0 | 0 | 05:02 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 06/14/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 06/15/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/16/2016 08:59 AM | 0 | 0 | 08:59 PM | 12.00 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/16/2016 08:59 PM | 0 | 0 | 09:08 PM | | 0.15 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/17/2016 08:55 AM | 0 | 0 | 05:00 PM | | 8.08 | | |
| | | | | Week of 06/16/2016 | | | | 40.00 | 8.23 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 06/20/2016 08:55 AM | 0 | 0 | 05:00 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 06/21/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 06/22/2016 08:56 AM | 0 | 0 | 05:04 PM | 8.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/23/2016 08:55 AM | 0 | 0 | 05:59 PM | 9.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/24/2016 08:57 AM | 0 | 0 | 03:35 PM | 6.65 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 06/24/2016 03:35 PM | 0 | 0 | 06:10 PM | | 2.57 | | |
| | | | | Week of 06/23/2016 | | | | 40.00 | 2.57 | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 06/27/2016 08:53 AM | 0 | 0 | 10:29 PM | 13.60 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 06/28/2016 08:57 AM | 0 | 0 | 05:30 PM | 8.55 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 06/29/2016 08:56 AM | 0 | 0 | 05:11 PM | 8.25 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/30/2016 08:56 AM | 0 | 0 | 06:32 PM | 9.60 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 06/30/2016 06:32 PM | 0 | 0 | 06:38 PM | | 0.10 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/01/2016 08:56 AM | 0 | 0 | 06:58 PM | | 10.03 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 07/02/2016 09:31 AM | 0 | 0 | 07:23 PM | | 9.87 | | |
| | | | | Week of 06/30/2016 | | | | 40.00 | 20.00 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 07/03/2016 08:54 AM | 0 | 0 | 05:07 PM | 8.22 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/04/2016 - Sal & Oth Hrs: 0007 - 4th of J | | | | | | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/04/2016 08:52 AM | 0 | 0 | 12:00 PM | 3.13 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/05/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/06/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/07/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/08/2016 08:56 AM | 0 | 0 | 01:22 PM | 4.44 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/08/2016 01:22 PM | 0 | 0 | 05:00 PM | | 3.63 | | |
| | | | | Week of 07/07/2016 | | | | 40.00 | 3.63 | 8.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/11/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/12/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/13/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/13/2016 08:57 AM | 0 | 0 | 01:01 PM | 4.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/14/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/15/2016 08:56 AM | 0 | 0 | 03:02 PM | 6.10 | | | |

Security Filter Criteria:
Sequence: Alpha
Filter: Employee ID, None
Range: 000000642 to 000000642 , None
Date Range: 07/01/2015 to 08/31/2016

| Location | Department | Job | Pay Day | Start Date & Time | Lun Min. | Break Min. | Out Time | Reg Hours | Ovt Hours | Other Hours | Error Messages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Week of 07/14/2016 | | | | 34.35 | | 4.00 | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/18/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/19/2016 08:57 AM | 0 | 0 | 05:33 PM | 8.60 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/20/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/21/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/22/2016 08:56 AM | 0 | 0 | 04:07 PM | 7.18 | | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/22/2016 04:07 PM | 0 | 0 | 07:52 PM | | 3.75 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 07/23/2016 08:57 AM | 0 | 0 | 02:14 PM | | 5.28 | | |
| | | | | Week of 07/21/2016 | | | | 40.00 | 9.03 | | |
| HRDWR | F SRVC | SRVCTECH | Sun | 07/24/2016 08:57 AM | 0 | 0 | 05:00 PM | 8.05 | | | |
| HRDWR | F SRVC | SRVCTECH | Mon | 07/25/2016 08:57 AM | 0 | 0 | 05:01 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Tue | 07/26/2016 08:56 AM | 0 | 0 | 05:01 PM | 8.08 | | | |
| HRDWR | F SRVC | SRVCTECH | Wed | 07/27/2016 08:56 AM | 0 | 0 | 05:00 PM | 8.07 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/28/2016 08:58 AM | 0 | 0 | 04:41 PM | 7.73 | | | |
| HRDWR | F SRVC | SRVCTECH | Thu | 07/28/2016 04:41 PM | 0 | 0 | 06:20 PM | | 1.64 | | |
| HRDWR | F SRVC | SRVCTECH | Fri | 07/29/2016 08:57 AM | 0 | 0 | 11:00 AM | | 2.05 | | |
| HRDWR | F SRVC | SRVCTECH | Sat | 07/30/2016 - Sal & Oth Hrs: 0004 - PTO-pd/o | | | | | | 52.00 | |
| | | | | Week of 07/28/2016 | | | | 40.00 | 3.69 | 52.00 | |

| 000000642 | Fast, Timothy | | | | | | Emp Total: | ***.** | 399.19 | 120.00 | |

1 employees                                Grand Totals:   2197.69   399.19   120.00