| | EARNINGS | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |

**Home DIVISION is HRDWR - HARDWARE**

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 07/20/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 68.00 | 1020.00 | FEDERAL INCOME | 55.38 | | | |
| 0002 | Overtime Pay | 3.25 | 73.13 | FEDERAL MEDICAR | 15.85 | | | |
| | | | | FEDERAL SOCIAL | 67.77 | | | |
| | | | | INDIANA | 34.70 | | | |
| | | | | Porter Cty IN | 5.26 | | | |
| GROSS | | 71.25 | 1093.13 | TAXES | 178.96 | | DEDUCTIONS | 0.00 |
| | | | | | | | PAY AMOUNT | 914.17 |

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 08/05/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 91.41 | 1371.15 | FEDERAL INCOME | 123.74 | | | |
| 0002 | Overtime Pay | 7.90 | 177.75 | FEDERAL MEDICAR | 22.46 | | | |
| | | | | FEDERAL SOCIAL | 96.03 | | | |
| | | | | INDIANA | 49.74 | | | |
| | | | | Porter Cty IN | 7.54 | | | |
| GROSS | | 99.31 | 1548.90 | TAXES | 299.51 | | DEDUCTIONS | 0.00 |
| | | | | | | | PAY AMOUNT | 1249.39 |

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 08/20/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 283.61 | | | |
| 0002 | Overtime Pay | 20.28 | 456.30 | FEDERAL MEDICAR | 35.25 | | | |
| 0019 | Bonus | | 700.00 | FEDERAL SOCIAL | 150.74 | | | |
| 0020 | On Call Pay | | 75.00 | INDIANA | 78.86 | | | |
| | | | | Porter Cty IN | 11.95 | | | |
| GROSS | | 100.28 | 2431.30 | TAXES | 560.41 | | DEDUCTIONS | 0.00 |
| | | | | | | | PAY AMOUNT | 1870.89 |

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 09/04/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 90.00 | 1350.00 | FEDERAL INCOME | 135.09 | | | |
| 0002 | Overtime Pay | 8.87 | 199.58 | FEDERAL MEDICAR | 23.56 | | | |
| 0020 | On Call Pay | | 75.00 | FEDERAL SOCIAL | 100.72 | | | |
| | | | | INDIANA | 52.24 | | | |
| | | | | Porter Cty IN | 7.91 | | | |
| GROSS | | 98.87 | 1624.58 | TAXES | 319.52 | | DEDUCTIONS | 0.00 |
| | | | | | | | PAY AMOUNT | 1305.06 |

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 09/21/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 81.35 | 1220.25 | FEDERAL INCOME | 85.51 | | | |
| 0002 | Overtime Pay | 3.28 | 73.80 | FEDERAL MEDICAR | 18.76 | | | |
| | | | | FEDERAL SOCIAL | 80.23 | | | |
| | | | | INDIANA | 41.33 | | | |
| | | | | Porter Cty IN | 6.26 | | | |
| GROSS | | 84.63 | 1294.05 | TAXES | 232.09 | | DEDUCTIONS | 0.00 |
| | | | | | | | PAY AMOUNT | 1061.96 |

Fast, Timothy J - 642    SSN is XXX-XX-8375    Deposit Date 10/05/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | Regular Pay | 86.45 | 1296.75 | FEDERAL INCOME | 189.37 | | | |
| 0002 | Overtime Pay | 27.32 | 614.70 | FEDERAL MEDICAR | 28.80 | | | |
| 0020 | On Call Pay | | 75.00 | FEDERAL SOCIAL | 123.16 | | | |
| | | | | INDIANA | 64.18 | | | |
| | | | | Porter Cty IN | 9.72 | | | |

**EXHIBIT 2**

| EARNINGS | | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| GROSS | | 113.77 | 1986.45 | TAXES | 415.23 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1571.22 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 10/20/2015 | | | | |
| 0001 | Regular Pay | 89.52 | 1342.80 | FEDERAL INCOME | 135.89 | | | |
| 0002 | Overtime Pay | 12.76 | 287.10 | FEDERAL MEDICAR | 23.63 | | | |
| | | | | FEDERAL SOCIAL | 101.05 | | | |
| | | | | INDIANA | 52.41 | | | |
| | | | | Porter Cty IN | 7.94 | | | |
| GROSS | | 102.28 | 1629.90 | TAXES | 320.92 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1308.98 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 11/05/2015 | | | | |
| 0001 | Regular Pay | 84.93 | 1273.95 | FEDERAL INCOME | 228.29 | | | |
| 0002 | Overtime Pay | 38.27 | 861.08 | FEDERAL MEDICAR | 32.05 | | | |
| 0020 | On Call Pay | | 75.00 | FEDERAL SOCIAL | 137.02 | | | |
| | | | | INDIANA | 71.56 | | | |
| | | | | Porter Cty IN | 10.84 | | | |
| GROSS | | 123.20 | 2210.03 | TAXES | 479.76 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1730.27 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 11/20/2015 | | | | |
| 0001 | Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 173.15 | | | |
| 0002 | Overtime Pay | 23.48 | 528.30 | FEDERAL MEDICAR | 27.24 | | | |
| 0020 | On Call Pay | | 150.00 | FEDERAL SOCIAL | 116.45 | | | |
| | | | | INDIANA | 60.61 | | | |
| | | | | Porter Cty IN | 9.18 | | | |
| GROSS | | 103.48 | 1878.30 | TAXES | 386.63 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1491.67 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 12/04/2015 | | | | |
| 0001 | Regular Pay | 97.65 | 1464.75 | FEDERAL INCOME | 206.45 | | | |
| 0002 | Overtime Pay | 19.58 | 440.55 | FEDERAL MEDICAR | 30.45 | | | |
| 0007 | Holiday Pay | 8.00 | 120.00 | FEDERAL SOCIAL | 130.22 | | | |
| 0020 | On Call Pay | | 75.00 | INDIANA | 67.94 | | | |
| | | | | Porter Cty IN | 10.29 | | | |
| GROSS | | 125.23 | 2100.30 | TAXES | 445.35 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1654.95 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 12/11/2015 | | | | |
| 0019 | Bonus | | 1687.50 | FEDERAL INCOME | 253.13 | | | |
| | | | | FEDERAL MEDICAR | 24.47 | | | |
| | | | | FEDERAL SOCIAL | 104.63 | | | |
| | | | | INDIANA | 57.38 | | | |
| | | | | Porter Cty IN | 8.23 | | | |
| GROSS | | | 1687.50 | TAXES | 447.84 | DEDUCTIONS | | 0.00 |
| | | | | | | PAY AMOUNT | | 1239.66 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 12/21/2015 | | | | |
| 0001 | Regular Pay | 87.99 | 1319.85 | FEDERAL INCOME | 141.06 | | | |
| 0002 | Overtime Pay | 15.31 | 344.48 | FEDERAL MEDICAR | 24.13 | | | |
| | | | | FEDERAL SOCIAL | 103.19 | | | |
| | | | | INDIANA | 53.55 | | | |

| EARNINGS | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| CODE DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| | | | Porter Cty IN | 8.11 | | | |
| GROSS | 103.30 | 1664.33 | TAXES | 330.04 | | DEDUCTIONS | 0.00 |
| | | | | | | PAY AMOUNT | 1334.29 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 01/05/2016 | | | | |
| 0001 Regular Pay | 94.36 | 1415.40 | FEDERAL INCOME | 237.85 | | | |
| 0002 Overtime Pay | 28.35 | 637.88 | FEDERAL MEDICAR | 32.60 | | | |
| 0007 Holiday Pay | 8.00 | 120.00 | FEDERAL SOCIAL | 139.39 | | | |
| 0020 On Call Pay | | 75.00 | INDIANA | 72.82 | | | |
| | | | Porter Cty IN | 11.03 | | | |
| GROSS | 130.71 | 2248.28 | TAXES | 493.69 | | DEDUCTIONS | 0.00 |
| | | | | | | PAY AMOUNT | 1754.59 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 01/20/2016 | | | | |
| 0001 Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 158.79 | | | |
| 0002 Overtime Pay | 17.44 | 392.40 | FEDERAL MEDICAR | 25.92 | | | |
| 0007 Holiday Pay | 8.00 | 120.00 | FEDERAL SOCIAL | 110.82 | | | |
| 0020 On Call Pay | | 75.00 | INDIANA | 57.61 | | | |
| | | | Porter Cty IN | 8.73 | | | |
| GROSS | 105.44 | 1787.40 | TAXES | 361.87 | | DEDUCTIONS | 0.00 |
| | | | | | | PAY AMOUNT | 1425.53 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 02/05/2016 | | | | |
| 0001 Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 126.83 | 0010 | EE Hlth Ins | 37.50 |
| 0002 Overtime Pay | 14.97 | 336.83 | FEDERAL MEDICAR | 22.83 | | | |
| 0020 On Call Pay | | 75.00 | FEDERAL SOCIAL | 97.61 | | | |
| | | | INDIANA | 50.58 | | | |
| | | | Porter Cty IN | 7.66 | | | |
| GROSS | 94.97 | 1611.83 | TAXES | 305.51 | | DEDUCTIONS | 37.50 |
| | | | | | | PAY AMOUNT | 1268.82 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 02/19/2016 | | | | |
| 0001 Regular Pay | 79.32 | 1189.80 | FEDERAL INCOME | 85.17 | 0010 | EE Hlth Ins | 37.50 |
| 0002 Overtime Pay | 1.08 | 24.30 | FEDERAL MEDICAR | 18.80 | | | |
| 0004 Paid Time Off | 8.00 | 120.00 | FEDERAL SOCIAL | 80.39 | | | |
| | | | INDIANA | 41.41 | | | |
| | | | Porter Cty IN | 6.27 | | | |
| GROSS | 88.40 | 1334.10 | TAXES | 232.04 | | DEDUCTIONS | 37.50 |
| | | | | | | PAY AMOUNT | 1064.56 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 03/04/2016 | | | | |
| 0001 Regular Pay | 80.99 | 1214.85 | FEDERAL INCOME | 140.06 | 0010 | EE Hlth Ins | 40.00 |
| 0002 Overtime Pay | 13.01 | 292.73 | FEDERAL MEDICAR | 24.11 | | | |
| 0004 Paid Time Off | 8.00 | 120.00 | FEDERAL SOCIAL | 103.08 | | | |
| 0020 On Call Pay | | 75.00 | INDIANA | 53.49 | | | |
| | | | Porter Cty IN | 8.10 | | | |
| GROSS | 102.00 | 1702.58 | TAXES | 328.84 | | DEDUCTIONS | 40.00 |
| | | | | | | PAY AMOUNT | 1333.74 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 03/21/2016 | | | | |
| 0001 Regular Pay | 94.17 | 1412.55 | FEDERAL INCOME | 196.07 | 0010 | EE Hlth Ins | 40.00 |
| 0002 Overtime Pay | 26.15 | 588.38 | FEDERAL MEDICAR | 29.52 | | | |
| 0020 On Call Pay | | 75.00 | FEDERAL SOCIAL | 126.23 | | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| | | | | INDIANA | 65.81 | | | |
| | | | | Porter Cty IN | 9.97 | | | |
| GROSS | | 120.32 | 2075.93 | TAXES | 427.60 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 1608.33 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 04/05/2016 | | | | |
| 0001 | Regular Pay | 84.39 | 1265.85 | FEDERAL INCOME | 149.57 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 19.56 | 440.10 | FEDERAL MEDICAR | 25.03 | | | |
| 0004 | Paid Time Off | 4.00 | 60.00 | FEDERAL SOCIAL | 107.01 | | | |
| | | | | INDIANA | 55.58 | | | |
| | | | | Porter Cty IN | 8.42 | | | |
| GROSS | | 107.95 | 1765.95 | TAXES | 345.61 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 1380.34 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 04/20/2016 | | | | |
| 0001 | Regular Pay | 88.08 | 1321.20 | FEDERAL INCOME | 142.16 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 11.57 | 260.33 | FEDERAL MEDICAR | 24.31 | | | |
| 0004 | Paid Time Off | 4.00 | 60.00 | FEDERAL SOCIAL | 103.94 | | | |
| 0020 | On Call Pay | | 75.00 | INDIANA | 53.95 | | | |
| | | | | Porter Cty IN | 8.17 | | | |
| GROSS | | 103.65 | 1716.53 | TAXES | 332.53 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 1344.00 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 05/05/2016 | | | | |
| 0001 | Regular Pay | 72.48 | 1087.20 | FEDERAL INCOME | 51.57 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 1.13 | 25.43 | FEDERAL MEDICAR | 15.55 | | | |
| | | | | FEDERAL SOCIAL | 66.50 | | | |
| | | | | INDIANA | 34.02 | | | |
| | | | | Porter Cty IN | 5.16 | | | |
| GROSS | | 73.61 | 1112.63 | TAXES | 172.80 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 899.83 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 05/20/2016 | | | | |
| 0001 | Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 101.97 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 11.05 | 248.63 | FEDERAL MEDICAR | 20.43 | | | |
| | | | | FEDERAL SOCIAL | 87.34 | | | |
| | | | | INDIANA | 45.11 | | | |
| | | | | Porter Cty IN | 6.84 | | | |
| GROSS | | 91.05 | 1448.63 | TAXES | 261.69 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 1146.94 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 06/06/2016 | | | | |
| 0001 | Regular Pay | 88.05 | 1320.75 | FEDERAL INCOME | 165.26 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 15.77 | 354.83 | FEDERAL MEDICAR | 26.54 | | | |
| 0007 | Holiday Pay | 8.00 | 120.00 | FEDERAL SOCIAL | 113.50 | | | |
| 0020 | On Call Pay | | 75.00 | INDIANA | 59.03 | | | |
| | | | | Porter Cty IN | 8.94 | | | |
| GROSS | | 111.82 | 1870.58 | TAXES | 373.27 | | DEDUCTIONS | 40.00 |
| | | | | | | | PAY AMOUNT | 1457.31 |
| Fast, Timothy J - 642 | | SSN is XXX-XX-8375 | | Deposit Date 06/20/2016 | | | | |
| 0001 | Regular Pay | 92.20 | 1383.00 | FEDERAL INCOME | 131.48 | 0010 | EE Hlth Ins | 40.00 |
| 0002 | Overtime Pay | 11.66 | 262.35 | FEDERAL MEDICAR | 23.28 | | | |

| EARNINGS | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| CODE DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| | | | FEDERAL SOCIAL | 99.53 | | | |
| | | | INDIANA | 51.60 | | | |
| | | | Porter Cty IN | 7.82 | | | |
| GROSS | 103.86 | 1645.35 | TAXES | 313.71 | | DEDUCTIONS | 40.00 |
| | | | | | | PAY AMOUNT | 1291.64 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 07/05/2016 | | | | |
| 0001 Regular Pay | 92.00 | 1380.00 | FEDERAL INCOME | 128.46 | 0010 | EE Hlth Ins | 40.00 |
| 0002 Overtime Pay | 10.90 | 245.25 | FEDERAL MEDICAR | 22.99 | | | |
| | | | FEDERAL SOCIAL | 98.29 | | | |
| | | | INDIANA | 50.94 | | | |
| | | | Porter Cty IN | 7.72 | | | |
| GROSS | 102.90 | 1625.25 | TAXES | 308.40 | | DEDUCTIONS | 40.00 |
| | | | | | | PAY AMOUNT | 1276.85 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 07/20/2016 | | | | |
| 0001 Regular Pay | 74.35 | 1115.25 | FEDERAL INCOME | 169.63 | 0010 | EE Hlth Ins | 40.00 |
| 0002 Overtime Pay | 23.53 | 529.42 | FEDERAL MEDICAR | 26.97 | | | |
| 0004 Paid Time Off | 4.00 | 60.00 | FEDERAL SOCIAL | 115.30 | | | |
| 0007 Holiday Pay | 8.00 | 120.00 | INDIANA | 59.99 | | | |
| 0020 On Call Pay | | 75.00 | Porter Cty IN | 9.09 | | | |
| GROSS | 109.88 | 1899.67 | TAXES | 380.98 | | DEDUCTIONS | 40.00 |
| | | | | | | PAY AMOUNT | 1478.69 |
| Fast, Timothy J - 642 | SSN is XXX-XX-8375 | | Deposit Date 08/05/2016 | | | | |
| 0001 Regular Pay | 80.00 | 1200.00 | FEDERAL INCOME | 259.10 | 0003 | Advance | 500.00 |
| 0002 Overtime Pay | 12.72 | 286.20 | FEDERAL MEDICAR | 33.95 | 0004 | Uniform Charge | 15.00 |
| 0004 Paid Time Off | 52.00 | 780.00 | FEDERAL SOCIAL | 145.15 | | | |
| 0020 On Call Pay | | 75.00 | INDIANA | 75.88 | | | |
| | | | Porter Cty IN | 11.50 | | | |
| GROSS | 144.72 | 2341.20 | TAXES | 525.58 | | DEDUCTIONS | 515.00 |
| | | | | | | PAY AMOUNT | 1300.62 |
| **TOTALS FOR HARDWARE** | | | | | | | |
| GROSS | 2716.88 | 47334.68 | TAXES | 9580.38 | | DEDUCTIONS | 990.00 |
| | | | | | | PAY AMOUNT | 36764.30 |
| **TOTALS FOR THIS REPORT** | | | | | | | |
| GROSS | 2716.88 | 47334.68 | TAXES | 9580.38 | | DEDUCTIONS | 990.00 |
| | | | | | | PAY AMOUNT | 36764.30 |

# CASH DEPOT, LTD — SRL

## Check/Direct Deposit Register Summary
Check Date Range 07/01/2015 thru 08/31/2016

| EARNINGS | | | | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE DESCRIPTION | AMOUNT WITHHELD |
| 0001 | Regular Pay | 2197.69 | 32965.35 | FEDERAL INCOME | 4254.64 | 0003 Advance | 500.00 |
| 0002 | Overtime Pay | 399.19 | 8981.83 | FEDERAL MEDICAR | 679.48 | 0004 Uniform Charge | 15.00 |
| 0004 | Paid Time Off | 80.00 | 1200.00 | FEDERAL SOCIAL | 2905.29 | 0010 EE Hlth Ins | 475.00 |
| 0007 | Holiday Pay | 40.00 | 600.00 | INDIANA | 1512.32 | | |
| 0019 | Bonus | | 2387.50 | Porter Cty IN | 228.65 | | |
| 0020 | On Call Pay | | 1200.00 | | | | |
| | | 2716.88 | 47334.68 | | 9580.38 | | 990.00 |
| | | | | | | PAY AMOUNT | 36764.30 |

# CASH DEPOT, LTD.
## Check/Direct Deposit Register Totals
Check Date Range 07/01/2015 thru 08/31/2016

| | EARNINGS | | | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | HOURS/UNITS | AMOUNT EARNED | DESCRIPTION | AMOUNT WITHHELD | CODE | DESCRIPTION | AMOUNT WITHHELD |
| 0001 | Regular Pay | 2197.69 | 32965.35 | FEDERAL INCOME | 4254.64 | 0003 | Advance | 500.00 |
| 0002 | Overtime Pay | 399.19 | 8981.83 | FEDERAL MEDICAR | 679.48 | 0004 | Uniform Charge | 15.00 |
| 0004 | Paid Time Off | 80.00 | 1200.00 | FEDERAL SOCIAL | 2905.29 | 0010 | EE Hlth Ins | 475.00 |
| 0007 | Holiday Pay | 40.00 | 600.00 | INDIANA | 1512.32 | | | 0.00 |
| 0019 | Bonus | 0.00 | 2387.50 | Porter Cty IN | 228.65 | | | 0.00 |
| 0020 | On Call Pay | 0.00 | 1200.00 | | 0.00 | | | 0.00 |
| | | 2716.88 | 47334.68 | | 9580.38 | | | 990.00 |
| | | | | | | | PAY AMOUNT | 36764.30 |