

# Walcheske & Luzi, LLC
15850 W BLUEMOUND RD STE 304
BROOKFIELD, WI 53005
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

PENDING (non-posting)

| INVOICE | 566 |
| --- | --- |
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
| --- | --- | --- | --- | --- |
| 11/23/2016 | Initial phone conversation with client | SSL Legal Service... | 2 | 700.00 |
| 11/28/2016 | Reviewed file documents | SSL Legal Service... | 1 | 350.00 |
| 11/28/2016 | Phone conversation with client re file documents and federal court complaint | SSL Legal Service... | 1 | 350.00 |
| 11/28/2016 | Case law research re class action: commonality | SSL Legal Service... | 0.4 | 140.00 |
| 11/28/2016 | Case law research: calculating regular rate, OT rate, remuneration included in regular rate | SSL Legal Service... | 1.5 | 525.00 |
| 11/30/2016 | Reviewed file documents and drafted federal court complaint | SSL Legal Service... | 3.2 | 1,120.00 |
| 12/2/2016 | Reviewed file documents and finished initial draft of federal court complaint | SSL Legal Service... | 4.3 | 1,505.00 |
| 12/3/2016 | Phone conversation with client re federal court complaint | SSL Legal Service... | 0.5 | 175.00 |
| 12/3/2016 | Revised federal court complaint and emailed to Attorney Walcheske to review, finalize, and file | SSL Legal Service... | 1.2 | 420.00 |
| 12/5/2016 | Drafted Civil Cover Sheet, Summons, NOA, Disclosure Statement -- prepared for filing by Attorney Walcheske | SSL Legal Service... | 0.8 | 280.00 |
| 12/9/2016 | Review/revise/finalize Complaint, Civil Cover Sheet, NOA, Disclosure Statement, Summons, Waiver, Notice of Lawsuit, and file all | JAW Legal Service... | 2.7 | 945.00 |
| 12/9/2016 | Conference with Attorney Walcheske regarding claims | JRD Legal Service... | 0.3 | 75.00 |
| 12/12/2016 | Complete/File Refusal to Magistrate | JAW Legal Service... | 0.1 | 35.00 |
| 12/12/2016 | File signed Fast Consent to Join Form | JAW Legal Service... | 0.1 | 35.00 |
| 12/13/2016 | Prepare documents for service (waiver) | JAW Legal Service... | 0.2 | 70.00 |
| 12/30/2016 | Phone conversation with client re case status update | SSL Legal Service... | 0.3 | 105.00 |
| 2/21/2017 | Review/respond to email from Labs re 26(f) | JAW Legal Service... | 0.1 | 35.00 |
| 2/22/2017 | Emails to and from Burnett re 26(f) conference | JAW Legal Service... | 0.1 | 35.00 |
| 2/23/2017 | Begin pre-drafting 26(f) report | JAW Legal Service... | 0.9 | 315.00 |

| | |
| --- | --- |
| TOTAL | |
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
**FEIN 45-4414836**

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 2/23/2017 | Review/respond to email from Houlihan re conference scheduling | JAW Legal Service... | 0.1 | 35.00 |
| 2/24/2017 | Review complaint to add context to draft 26(f) report; 26(f) conference with Burnett and Labs; and revise/quasi-finalize draft 26(f) report | JAW Legal Service... | 0.9 | 315.00 |
| 2/28/2017 | Revise draft 26(f) report and email to Burnett and Labs | JAW Legal Service... | 0.1 | 35.00 |
| 3/1/2017 | Review email from Burnett approving of draft 26(f) | JAW Legal Service... | 0.1 | 35.00 |
| 3/1/2017 | Finalize and file 26(f) report | JAW Legal Service... | 0.2 | 70.00 |
| 3/1/2017 | Draft email to Clerk providing contact info for telephone conference | JAW Legal Service... | 0.1 | 35.00 |
| 3/15/2017 | Download/review Minute Entry and Scheduling Order | JAW Legal Service... | 0.1 | 35.00 |
| 3/15/2017 | Emails to and from Attorney Luzi re case strategy | JAW Legal Service... | 0.2 | 70.00 |
| 3/15/2017 | Phone conversation with client re case status and Scheduling Conference | SSL Legal Service... | 0.3 | 105.00 |
| 3/15/2017 | Rule 16 Conference | JAW Legal Service... | 0.3 | 105.00 |
| 3/15/2017 | Review Complaint and 26(f) in advance of teleconference | JAW Legal Service... | 0.3 | 105.00 |
| 3/28/2017 | Review file and draft initial disclosures | JAW Legal Service... | 0.6 | 210.00 |
| 3/30/2017 | Draft email to Labs forwarding initial disclosures | JAW Legal Service... | 0.1 | 35.00 |
| 3/30/2017 | Email correspondence with client re case status update | SSL Legal Service... | 0.1 | 35.00 |
| 4/5/2017 | Review case documents and draft first set of discovery requests | KLT Legal Service... | 1 | 350.00 |
| 4/6/2017 | Draft first set of discovery requests | KLT Legal Service... | 1.3 | 325.00 |
| 4/10/2017 | Strategy conference with Attorney Walcheske re: discovery | KLT Legal Service... | 0.5 | 125.00 |
| 4/10/2017 | Attorney conference w Attorney Temeyer re discovery and case strategy | JAW Legal Service... | 0.3 | 105.00 |
| 4/12/2017 | Draft and revise first set of discovery requests | KLT Legal Service... | 1 | 250.00 |

| | |
|---|---|
| TOTAL | |
| CREDIT | |
| **BALANCE DUE** | |



## Walcheske & Luzi, LLC
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

*PENDING (non-posting)*

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 4/13/2017 | Draft e-mail to Attorney Walcheske re: first set of discovery for review and discussion | KLT Legal Service... | 0.1 | 25.00 |
| 5/10/2017 | Review/revise discovery requests | JAW Legal Service... | 0.8 | 280.00 |
| 5/30/2017 | Phone conversation and email correspondence with client re case status update | SSL Legal Service... | 0.2 | 70.00 |
| 6/13/2017 | Attorney conference w Attorney Temeyer re status of discovery responses | JAW Legal Service... | 0.1 | 35.00 |
| 6/13/2017 | Phone call with Attorney Walcheske re: status of discovery responses | KLT Legal Service... | 0.1 | 25.00 |
| 6/14/2017 | Review status of discovery responses; draft f/u letter to counsel re: status of discovery responses; fax; receive and review e-mail response from counsel; respond; receive and review letter from counsel re: draft check for client and offer to pay fees and discovery requests | KLT Legal Service... | 0.7 | 175.00 |
| 6/15/2017 | Attorney conference w Attorney Temeyer re Def's discovery responses and check made out to C | JAW Legal Service... | 0.3 | 105.00 |
| 6/15/2017 | Conference with Attorney Walcheske re: Def discovery responses and check for client's unpaid compensation | KLT Legal Service... | 0.3 | 75.00 |
| 6/21/2017 | Receive and review letter and enclosed discovery responses from OC | KLT Legal Service... | 0.5 | 125.00 |
| 6/22/2017 | Attorney conference w Firm re case strategy | JAW Legal Service... | 0.8 | 280.00 |
| 6/22/2017 | Phone call with Larry Johnson re case status, strategy | JAW Legal Service... | 0.2 | 70.00 |
| 6/23/2017 | Draft email to Labs requesting conference call to discuss case status and issues | JAW Legal Service... | 0.1 | 35.00 |
| 6/23/2017 | Emails to and from Labs re scheduling of teleconference | JAW Legal Service... | 0.1 | 35.00 |
| 6/26/2017 | Conference with Attorney Walcheske regarding defendant's counsel's overtime calculations | JRD Legal Service... | 0.2 | 50.00 |

| TOTAL | |
|---|---|
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
**FEIN 45-4414836**

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| **DATE** | 6/20/2018 |
| **DUE DATE** | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 6/26/2017 | Review discovery responses from Defendant, outline deficiencies, and run calculations and compare with amounts paid to client via Schenck audit | JAW Legal Service... | 3.6 | 1,260.00 |
| 6/26/2017 | Conference with Attorney Walcheske re: calculating regular rate of pay with on-call premiums | KLT Legal Service... | 0.4 | 100.00 |
| 6/27/2017 | Review personnel file as produced | JAW Legal Service... | 0.4 | 140.00 |
| 6/28/2017 | Conference with Attorney Walcheske regarding case strategy | JRD Legal Service... | 0.4 | 100.00 |
| 6/28/2017 | Continue conducting calculations, hold teleconference with Burnett, hold attorney conferences with Attorneys Dill and Temeyer re strategy, draft discovery dispute letter to Burnett, and draft second set of discovery to Defendant | JAW Legal Service... | 2 | 700.00 |
| 6/28/2017 | Conference with Attorney Walcheske re: outstanding issues re: damages calculations and Defendant discovery responses/production | KLT Legal Service... | 0.4 | 100.00 |
| 7/2/2017 | Review/edit proposed stip to stay | JAW Legal Service... | 0.2 | 70.00 |
| 7/5/2017 | Draft stip to stay and email to Burnett forwarding same | JAW Legal Service... | 0.5 | 175.00 |
| 7/6/2017 | Draft/revise/finalize discovery dispute letter and second set of discovery and email both to Burnett | JAW Legal Service... | 0.8 | 280.00 |
| 7/6/2017 | Review email regarding and attached draft stipulation and draft responsive email approving draft | JAW Legal Service... | 0.1 | 35.00 |
| 7/7/2017 | Review/respond to Burnett's email refusing to provide discovery | JAW Legal Service... | 0.2 | 70.00 |
| 7/7/2017 | Review/respond to email from Burnett re discovery dispute letter | JAW Legal Service... | 0.1 | 35.00 |
| 7/10/2017 | Review email from Labs re Schenk scheduling | JAW Legal Service... | 0.1 | 35.00 |
| 7/10/2017 | Review/respond to email from Burnett re call with Schenk | JAW Legal Service... | 0.1 | 35.00 |

| TOTAL | |
|---|---|
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
15850 W BLUEMOUND RD STE 304
BROOKFIELD, WI 53005
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 7/12/2017 | Attorney conference w Attorney Temeyer re our discovery responses | JAW Legal Service... | 0.2 | 70.00 |
| 7/12/2017 | Draft answers and objections to Defendant's discovery requests; discuss with Attorney Walcheske | KLT Legal Service... | 1 | 250.00 |
| 7/13/2017 | Revise and finalize discovery responses; draft cover letter and fax to counsel | KLT Legal Service... | 0.4 | 100.00 |
| 7/13/2017 | Revise discovery responses | JAW Legal Service... | 0.3 | 105.00 |
| 7/14/2017 | Review/respond to email from Labs re scheduling Schenck call | JAW Legal Service... | 0.1 | 35.00 |
| 7/17/2017 | Prepare e-mail correspondence to Attorney Walcheske regarding defense strategy and checks | JRD Legal Service... | 0.1 | 25.00 |
| 7/17/2017 | Receive and review letter from OC re: incomplete discovery responses | KLT Legal Service... | 0.2 | 50.00 |
| 7/18/2017 | Review letter from Burnett re our discovery responses | JAW Legal Service... | 0.1 | 35.00 |
| 7/20/2017 | Review my OT wage calculations and disseminate to firm for input | JAW Legal Service... | 0.3 | 105.00 |
| 7/20/2017 | Attorney conferences w Attorneys Temeyer and Dill re calculations, strategy | JAW Legal Service... | 0.9 | 315.00 |
| 7/20/2017 | Phone call with Labs and Schenk rep | JAW Legal Service... | 0.2 | 70.00 |
| 7/20/2017 | Review overtime calculations and discuss with Attorney Walcheske; strategy conference re: settlement/next steps | KLT Legal Service... | 0.5 | 125.00 |
| 7/20/2017 | Review e-mail correspondence from Attorney Walcheske regarding damages calculation; conference with Attorney Walcheske regarding same | JRD Legal Service... | 0.4 | 100.00 |
| 7/25/2017 | Draft letter outlining resolution proposal | JAW Legal Service... | 1.2 | 420.00 |
| 7/25/2017 | Finalize letter and draft email to Labs forwarding the same | JAW Legal Service... | 0.2 | 70.00 |
| 8/4/2017 | Download all of Def's Motion filings and Declarations | JAW Legal Service... | 0.3 | 105.00 |

| | |
|---|---|
| **TOTAL** | |
| **CREDIT** | |
| **BALANCE DUE** | |



## Walcheske & Luzi, LLC
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
**FEIN 45-4414836**

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/4/2017 | Attorney conference w Attorney Temeyer re motions filed by Defendant | JAW Legal Service... | 0.3 | 105.00 |
| 8/4/2017 | Attorney conference w Attorney Dill re combining response to Defendant's motions | JAW Legal Service... | 0.2 | 70.00 |
| 8/4/2017 | Draft email to Burnett and Labs re response timing | JAW Legal Service... | 0.1 | 35.00 |
| 8/4/2017 | Draft and file 7(h) Motion | JAW Legal Service... | 0.9 | 315.00 |
| 8/7/2017 | Conference with Attorney Walcheske regarding case strategy | JRD Legal Service... | 0.2 | 50.00 |
| 8/14/2017 | Reviewed Defendant's recent filings (ECF Nos. 16 to 25) and took notes; reviewed written discovery requests and responses, including responsive documentation pertaining to Plaintiff and the class, and took notes | SSL Legal Service... | 4.5 | 1,575.00 |
| 8/15/2017 | Conducted detailed calculations regarding damages, specifically Plaintiff's OT owed, and compared to Defendant's (Schenk's) calculations; determined that Defendant's (Schenk's) calculations were done incorrectly | SSL Legal Service... | 2.7 | 945.00 |
| 8/15/2017 | Case law research (WI, Seventh Circuit, and FLSA administrative code sections) re damages (remuneration included in regular rate, determining OT rate from regular rate) | SSL Legal Service... | 1.4 | 490.00 |
| 8/16/2017 | Attorney conference w Attorney Luzi re regular rate calculations, potential arguments, regulatory provisions | JAW Legal Service... | 0.3 | 105.00 |
| 8/16/2017 | Review brief in support of motion to dismiss | JAW Legal Service... | 0.2 | 70.00 |
| 8/16/2017 | Teleconference with Attorney Walcheske regarding calculation of overtime | JRD Legal Service... | 0.2 | 50.00 |
| 8/16/2017 | Research regular rate case law | JAW Legal Service... | 1.1 | 385.00 |

| TOTAL | |
|---|---|
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
15850 W BLUEMOUND RD STE 304
BROOKFIELD, WI 53005
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/16/2017 | Email correspondence with client re Defendant's recent filings and our research in investigation/response to same | SSL Legal Service... | 0.2 | 70.00 |
| 8/17/2017 | Review Def's filed declarations in support of motions | JAW Legal Service... | 0.3 | 105.00 |
| 8/17/2017 | Attorney conference w Attorney Luzi re declarations and motion strategy | JAW Legal Service... | 0.3 | 105.00 |
| 8/17/2017 | Begin outlining arguments for brief in opposition | JAW Legal Service... | 0.6 | 210.00 |
| 8/17/2017 | Conference call with client re Defendant's recent filings and our research in investigation/response to same and case status moving forward | SSL Legal Service... | 1.3 | 455.00 |
| 8/18/2017 | Work on fact section of response brief | JAW Legal Service... | 3.6 | 1,260.00 |
| 8/21/2017 | Strategy conference regarding discovery issues and responding to motion to dismiss/smj motion | KLT Legal Service... | 1.5 | 375.00 |
| 8/21/2017 | Research mootness, particularly in context of standards for mootness and mootness in context of tendered check/settlement offer; briefly revise response to motions based on cases reviewed | JAW Legal Service... | 6.9 | 2,415.00 |
| 8/21/2017 | Conference with Attorneys Walcheske, Luzi, and Temeyer regarding case strategy | JRD Legal Service... | 1.5 | 375.00 |
| 8/21/2017 | Firm conference re Def's motions, response strategy, strategy re offensive motions, timing of filings | JAW Legal Service... | 1.5 | 525.00 |
| 8/21/2017 | Research limiting communications with putative class and begin drafting 7(h) for continuation of stay and limiting communications | JAW Legal Service... | 2.1 | 735.00 |
| 8/21/2017 | Inter-office strategy meeting re recent filed motions and case strategy | SSL Legal Service... | 1.5 | 525.00 |
| 8/21/2017 | Phone conversation with client re case status update | SSL Legal Service... | 0.3 | 105.00 |

| | |
|---|---|
| TOTAL | |
| CREDIT | |
| **BALANCE DUE** | |



# Walcheske & Luzi, LLC

**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

*PENDING (non-posting)*

| INVOICE | 566 |
|---|---|
| **DATE** | 6/20/2018 |
| **DUE DATE** | 12/7/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/22/2017 | Draft/review/revise declarations of Temeyer and Walcheske; forward Temeyer declaration to Attorney Temeyer for review/approval; file declarations and exhibits | JAW Legal Service... | 2.2 | 770.00 |
| 8/22/2017 | Reviewed and revised 7(h) motion; returned to JAW to finalize and file | SSL Legal Service... | 0.5 | 175.00 |
| 8/22/2017 | Continue working on response brief | JAW Legal Service... | 1.6 | 560.00 |
| 8/22/2017 | Review and revise Local Rule 7(h) motion to continue stay and prohibit communications | JRD Legal Service... | 0.3 | 75.00 |
| 8/22/2017 | Draft/review/revise 7(h) for continuation of stay and limiting communications | JAW Legal Service... | 2.1 | 735.00 |
| 8/24/2017 | Continue working on response brief | JAW Legal Service... | 6.2 | 2,170.00 |
| 8/25/2017 | Continue working on response brief | JAW Legal Service... | 5.9 | 2,065.00 |
| 8/28/2017 | Review Defendant's response to Local Rule 7(h) motion; multiple teleconferences with Attorney Walcheske and Attorney Luzi regarding same | JRD Legal Service... | 1.5 | 375.00 |
| 8/28/2017 | Draft/review/revise brief in opposition | JAW Legal Service... | 9.7 | 3,395.00 |
| 8/29/2017 | Review Court's Order on 7h | JAW Legal Service... | 0.1 | 35.00 |
| 8/29/2017 | Reviewed and edited PLAINTIFFS BRIEF IN OPPOSITION TO DEFENDANTS MOTIONS TO LIFT THE TEMPORARY STAY OF PROCEEDINGS, DISMISS ON MOOTNESS GROUNDS, AND FOR SUMMARY JUDGMENT; returned to JAW to finalize and file | SSL Legal Service... | 2.2 | 770.00 |
| 8/29/2017 | Review/revise response brief | JAW Legal Service... | 0.8 | 280.00 |
| 8/30/2017 | Review brief in opposition to motions | JRD Legal Service... | 1.3 | 325.00 |
| 8/31/2017 | Revise response brief | JAW Legal Service... | 0.5 | 175.00 |

| | |
|---|---|
| **TOTAL** | |
| **CREDIT** | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
15850 W BLUEMOUND RD STE 304
BROOKFIELD, WI 53005
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

PENDING (non-posting)

| INVOICE | 566 |
|---|---|
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 9/1/2017 | Draft/review/revise/finalize response brief and declarations; file all | JAW Legal Service... | 5.4 | 1,890.00 |
| 9/15/2017 | Review Def's Reply Brief and declarations; research case law; prepare issues for surreply | JAW Legal Service... | 2 | 700.00 |
| 9/18/2017 | Review reply brief; review and revise sur-reply brief | JRD Legal Service... | 0.9 | 225.00 |
| 9/18/2017 | Attorney conference with Attorney Temeyer re Reply and possible Surreply | JAW Legal Service... | 0.2 | 70.00 |
| 9/18/2017 | Continue working on, finalize, and file surreply | JAW Legal Service... | 4.2 | 1,470.00 |
| 9/19/2017 | Review Def's response to motion for surreply | JAW Legal Service... | 0.1 | 35.00 |
| 9/19/2017 | Attorney conference with Attorneys Dill and Luzi re Def's response to motion for surreply | JAW Legal Service... | 0.1 | 35.00 |
| 11/7/2017 | Review Court Order | JAW Legal Service... | 0.2 | 70.00 |
| 11/7/2017 | Conference with Attorney Luzi re Order, implications, and next steps | JAW Legal Service... | 0.5 | 175.00 |
| 11/7/2017 | Status Update conversation/meeting with Attorney Walcheske re Court's ruling | SSL Legal Service... | 0.5 | 175.00 |
| 11/7/2017 | Review Order and Decision on pending motions | KLT Legal Service... | 0.3 | 75.00 |
| 11/9/2017 | Phone conversation with client re Court decision and case strategy moving forward | SSL Legal Service... | 0.8 | 280.00 |
| 11/9/2017 | Conference with Attorneys Luzi and Temeyer re Order, case strategy, and next steps | JAW Legal Service... | 0.3 | 105.00 |
| 11/9/2017 | Strategy conference re: decision/order and next steps | KLT Legal Service... | 0.3 | 75.00 |
| 11/15/2017 | Review Court's Order on Motions | JAW Legal Service... | 0.2 | 70.00 |
| 11/15/2017 | Draft email to Burnett and Labs re scheduling call to discuss status and next steps | JAW Legal Service... | 0.1 | 35.00 |
| 11/16/2017 | Review/respond to email from Houlihan scheduling call with Burnett | JAW Legal Service... | 0.1 | 35.00 |

| | |
|---|---|
| TOTAL | |
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
15850 W BLUEMOUND RD STE 304
BROOKFIELD, WI 53005
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
FEIN 45-4414836

PENDING (non-posting)

| | INVOICE | 566 |
|---|---|---|
| | DATE | 6/20/2018 |
| | DUE DATE | 12/7/2018 |

BILL TO
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 11/27/2017 | Phone conference with Burnett re case status and next steps | JAW Legal Service... | 0.2 | 70.00 |
| 11/27/2017 | Conference with Attorney Temeyer re case status and next steps | JAW Legal Service... | 0.4 | 140.00 |
| 11/27/2017 | Discuss status of case and strategy conference re: moving for conditional cert on liquidated damages claims | KLT Legal Service... | 0.4 | 100.00 |
| 11/29/2017 | Review email and attached letter from Burnett | JAW Legal Service... | 0.1 | 35.00 |
| 12/7/2017 | Draft amended discovery responses, prep fees and cost for disclosure, and draft email to Burnett forwarding amended responses and attachment | JAW Legal Service... | 0.3 | 105.00 |
| 1/8/2018 | Review documents produced by Def relating to payments made to other employees | JAW Legal Service... | 3.4 | 1,190.00 |
| 1/26/2018 | Email correspondence with Houlihan scheduling status conference call | JAW Legal Service... | 0.1 | 35.00 |
| 1/26/2018 | Email correspondence to Burnett and Labs seeking status conference call | JAW Legal Service... | 0.1 | 35.00 |
| 2/2/2018 | Phone conference with Burnett | JAW Legal Service... | 0.2 | 70.00 |
| 2/2/2018 | Review file to determine amount in fees outstanding | JAW Legal Service... | 0.1 | 35.00 |
| 2/14/2018 | Email correspondence to Burnett following-up | JAW Legal Service... | 0.1 | 35.00 |
| 3/7/2018 | Phone conversation with client re case status update | SSL Legal Service... | 0.5 | 175.00 |
| 3/19/2018 | Review ER's Expert Disclosures | JAW Legal Service... | 0.1 | 35.00 |
| 6/14/2018 | Begin drafting motion for attorneys' fees and brief in support | JAW Legal Service... | 3.3 | 1,155.00 |
| 6/20/2018 | Continue drafting brief in support of motion for attorneys' fees | JAW Legal Service... | 3.8 | 1,330.00 |
| 6/20/2018 | Draft declaration | JAW Legal Service... | 0.6 | 210.00 |
| | | Reimb Group | | |

| TOTAL | |
|---|---|
| CREDIT | |
| **BALANCE DUE** | |



**Walcheske & Luzi, LLC**
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
**FEIN 45-4414836**

PENDING (non-posting)

| INVOICE | 566 |
| DATE | 6/20/2018 |
| DUE DATE | 12/7/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 12/9/2016 | Federal Court Filing Fee | | | 400.00 |
| 12/13/2016 | Postage | Postage | | 2.35 |
| 7/13/2017 | Postage | | | 1.82 |
| 8/15/2017 | Postage | | | 2.87 |
| | Total Reimbursable Expenses | | | 407.04 |

Please charge $_____ to my ___Visa ___Mastercard ___Discover ___AMEX
Card No:_____
Name on Card:_____
CVV:_____ Exp. Date:____/_____ Zip Code:_____

| TOTAL | $50,137.04 |
| CREDIT | $0.00 |
| **BALANCE DUE** | **$50,137.04** |