UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TIMOTHY J. FAST,
on behalf of himself and
all others similarly situated,

        Plaintiff,

v.                                       Case No. 16-CV-1347

CASH DEPOT LTD.,

        Defendant.

**PLAINTIFF'S AMENDED ANSWERS TO DEFENDANT'S [SECOND SET] OF INTERROGATORIES AND REQUEST TO PRODUCE DOCUMENTS**

**GENERAL RESERVATIONS AND OBJECTIONS**

1. These responses are made on the basis of information presently available and located by Plaintiff, and Plaintiff reserves the right to modify his responses and/or objections with such additional information as subsequently may be discovered.

2. Plaintiff objects to each of the interrogatories to the extent that they seek information regarding communications between Plaintiff and his legal counsel on the ground that such communications are privileged and not subject to discovery. No response is intended to waive such privilege, including the inadvertent disclosure of any privileged information which resulted from Plaintiff's good faith effort to thoroughly respond to these interrogatories in the required period of time. Further, while Plaintiff has provided information relating to work performed by his legal counsel in this case, such disclosure is for purposes of providing factual evidence of work performed. The substance is privileged. Plaintiff reserves the right to recall any privileged information that was inadvertently disclosed in responding to these Discovery Requests.

**EXHIBIT 2**

# INTERROGATORIES

**INTERROGATORY NO. 1:** With regard to the costs incurred or expended to date on your behalf for the above-referenced litigation, provide a description of each item of costs, the amount of such cost, indicate whether the cost has been paid, the amount of the payment, and the person or entity making the payment. Attached to your answer any document corroborating any aspect of your answer.

**ANSWER:** Plaintiff objects to this Interrogatory as overbroad and requesting information and/or documents protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving said objection, as of December 7, 2017, Plaintiff has incurred $407.04 in costs related to the above-referenced litigation. *See* Pl 0001-012, attached. Because litigation of this matter is ongoing, Plaintiff reserves the right to amend this response to reflect additional costs, as incurred. Further, by answering this Interrogatory, Plaintiff has not and does not agree to accept reimbursement for costs in the amounts stated herein as a form of settlement of his claims against Defendant.

**INTERROGATORY NO. 2:** With regard to the attorney's fees incurred or expended to date in this litigation, (A) describe the total amount of the fees incurred, the nature of each legal service and/or activity for which any charged was made for legal services, the amount of time spent on each such legal service and/or activity, the amount of the charged for such legal service and/or activity, and state whether payment has been made, and if so, by whom an when; (B) if the legal charges were based on increments of time, such as an hourly charge describe for each person providing legal service and/or activity, the amount of the charge, indicate the capacity (i.e. attorney, paralegal, administration staff, etc.) of the person performing such legal service and/or activity, describe the qualifications of such person to perform those tasks. Indicate the nature of

the fee agreement between you and your attorneys: this means whether the fee agreement is hourly, a flat fee, or contingent based on recovery or any other arrangement.

Attach to your answer, any document corroborating any aspect of your answer.

**ANSWER:** Plaintiff objects to this Interrogatory as overbroad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and requesting information and/or documents protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving said objection, as of December 7, 2017, Plaintiff has incurred approximately $39,920.00 in attorneys' fees related to the above-referenced litigation. *See* Pl 0001-012, attached. Because litigation of this matter is ongoing, Plaintiff reserves the right to amend this response to reflect the additional attorneys' fees he continues to incur. Further, by answering this Interrogatory, Plaintiff has not and does not agree to accept reimbursement for his attorneys' fees in the amount stated herein as a form of settlement of his claims against Defendant.

Dated this 7th day of December, 2017.

WALCHESKE & LUZI, LLC
Attorneys for Plaintiff


By: s/ *James A. Walcheske*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
Kelly L. Temeyer, State Bar No. 1066294

15850 W. Bluemound Rd., Suite 304
Brookfield, WI 53005
Phone: 262-780-1953
Fax: 262-565-6469
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
ktemeyer@walcheskeluzi.com



# Walcheske & Luzi
### Wisconsin's Employment Law Firm

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
*www.walcheskeluzi.com*

## Invoice

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 12/13/2016 | Postage | Postage | | 2.35 |
| 11/23/2016 | Initial phone conversation with client | SSL Legal Service... | 2 | 600.00 |
| 11/28/2016 | Reviewed file documents | SSL Legal Service... | 1 | 300.00 |
| 11/28/2016 | Phone conversation with client re file documents and federal court complaint | SSL Legal Service... | 1 | 300.00 |
| 11/28/2016 | Case law research re class action: commonality | SSL Legal Service... | 0.4 | 120.00 |
| 11/28/2016 | Case law research: calculating regular rate, OT rate, remuneration included in regular rate | SSL Legal Service... | 1.5 | 450.00 |
| 11/30/2016 | Reviewed file documents and drafted federal court complaint | SSL Legal Service... | 3.2 | 960.00 |
| 12/2/2016 | Reviewed file documents and finished initial draft of federal court complaint | SSL Legal Service... | 4.3 | 1,290.00 |
| 12/3/2016 | Phone conversation with client re federal court complaint | SSL Legal Service... | 0.5 | 150.00 |
| 12/3/2016 | Revised federal court complaint and emailed to JAW to review, finalize, and file | SSL Legal Service... | 1.2 | 360.00 |
| 12/5/2016 | Drafted Civil Cover Sheet, Summons, NOA, Disclosure Statement -- prepared for filing by JAW | SSL Legal Service... | 0.8 | 240.00 |
| 12/9/2016 | Review/revise/finalize Complaint, Civil Cover Sheet, NOA, Disclosure Statement, Summons, Waiver, Notice of Lawsuit, and file all | JAW Legal Servic... | 2.7 | 810.00 |
| 12/9/2016 | Conference with Attorney Walcheske regarding claims | JRD Legal Service... | 0.3 | 75.00 |
| 12/12/2016 | Complete/File Refusal to Magistrate | JAW Legal Servic... | 0.1 | 30.00 |
| 12/12/2016 | File signed Fast Consent to Join Form | JAW Legal Servic... | 0.1 | 30.00 |

**BALANCE DUE:**

Please charge $_____ to my \_\_\_\_ Visa, \_\_\_ Mastercard, \_\_\_ Discover, or \_\_\_ American Express.

Card #_____, expires \_\_\_\_\_/\_\_\_\_\_, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Walcheske & Luzi
Wisconsin's Employment Law Firm

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
*www.walcheskeluzi.com*

## Invoice

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 12/13/2016 | Prepare documents for service (waiver) | JAW Legal Servic... | 0.2 | 60.00 |
| 12/30/2016 | Phone conversation with client re case status update | SSL Legal Service... | 0.3 | 90.00 |
| 2/6/2017 | Reviewed file and drafted EEOC complaint & NOA | SSL Legal Service... | 1.5 | 450.00 |
| 2/7/2017 | Filed EEOC complaint & NOA | SSL Legal Service... | 0.2 | 60.00 |
| 2/21/2017 | Review/respond to email from Labs re 26(f) | JAW Legal Servic... | 0.1 | 30.00 |
| 2/22/2017 | Emails to and from Burnett re 26(f) conference | JAW Legal Servic... | 0.1 | 30.00 |
| 2/23/2017 | Begin pre-drafting 26(f) report | JAW Legal Servic... | 0.9 | 270.00 |
| 2/23/2017 | Review/respond to email from Houlihan re conference scheduling | JAW Legal Servic... | 0.1 | 30.00 |
| 2/24/2017 | Review complaint to add context to draft 26(f) report; 26(f) conference with Burnett and Labs; and revise/quasi-finalize draft 26(f) report | JAW Legal Servic... | 0.9 | 270.00 |
| 2/28/2017 | Revise draft 26(f) report and email to Burnett and Labs | JAW Legal Servic... | 0.1 | 30.00 |
| 3/1/2017 | Review email from Burnett approving of draft 26(f) | JAW Legal Servic... | 0.1 | 30.00 |
| 3/1/2017 | Finalize and file 26(f) report | JAW Legal Servic... | 0.2 | 60.00 |
| 3/1/2017 | Draft email to Clerk providing contact info for telephone conference | JAW Legal Servic... | 0.1 | 30.00 |
| 3/15/2017 | Download/review Minute Entry and Scheduling Order | JAW Legal Servic... | 0.1 | 30.00 |
| 3/15/2017 | Emails to and from Attorney Luzi re case strategy | JAW Legal Servic... | 0.2 | 60.00 |
| 3/15/2017 | Phone conversation with client re case status and Scheduling Conference | SSL Legal Service... | 0.3 | 90.00 |
| 3/15/2017 | Rule 16 Conference | JAW Legal Servic... | 0.3 | 90.00 |
| 3/15/2017 | Review Complaint and 26(f) in advance of teleconference | JAW Legal Servic... | 0.3 | 90.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ____ Mastercard, ____ Discover, or ____ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC.  Thanks!*

Signature _____



15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
*www.walcheskeluzi.com*

# Invoice

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 3/28/2017 | Review file and draft initial disclosures | JAW Legal Servic... | 0.6 | 180.00 |
| 3/30/2017 | Draft email to Labs forwarding initial disclosures | JAW Legal Servic... | 0.1 | 30.00 |
| 3/30/2017 | Email correspondence with client re case status update | SSL Legal Service... | 0.1 | 30.00 |
| 4/5/2017 | Review case documents and draft first set of discovery requests | KLT Legal Servic... | 1 | 250.00 |
| 4/6/2017 | Draft first set of discovery requests | KLT Legal Servic... | 1.3 | 325.00 |
| 4/10/2017 | Strategy conference with JAW re: discovery | KLT Legal Servic... | 0.5 | 125.00 |
| 4/10/2017 | Attorney conference w Attorney Temeyer re discovery and case strategy | JAW Legal Servic... | 0.3 | 90.00 |
| 4/12/2017 | Draft and revise first set of discovery requests | KLT Legal Servic... | 1 | 250.00 |
| 4/13/2017 | Draft e-mail to JAW re: first set of discovery for review and discussion | KLT Legal Servic... | 0.1 | 25.00 |
| 5/10/2017 | Review/revise discovery requests | JAW Legal Servic... | 0.8 | 240.00 |
| 5/30/2017 | Phone conversation and email correspondence with client re case status update | SSL Legal Service... | 0.2 | 60.00 |
| 6/13/2017 | Attorney conference w Attorney Temeyer re status of discovery responses | JAW Legal Servic... | 0.1 | 30.00 |
| 6/13/2017 | Phone call with JAW re: status of discovery responses | KLT Legal Servic... | 0.1 | 25.00 |
| 6/14/2017 | Review status of discovery responses; draft f/u letter to OC re: status of discovery responses; fax; receive and review e-mail response from OC; respond; receive and review letter from OC re: draft check for client and offer to pay fees and discovery requests | KLT Legal Servic... | 0.7 | 175.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ____ Mastercard, ____ Discover, or ____ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC.  Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
*www.walcheskeluzi.com*

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 6/15/2017 | Attorney conference w Attorney Temeyer re Def's discovery responses and check made out to C | JAW Legal Servic... | 0.3 | 90.00 |
| 6/15/2017 | Conference with JAW re: Def discovery responses and check for client's unpaid compensation | KLT Legal Servic... | 0.3 | 75.00 |
| 6/21/2017 | Receive and review letter and enclosed discovery responses from OC | KLT Legal Servic... | 0.5 | 125.00 |
| 6/22/2017 | Attorney conference w Firm re case strategy | JAW Legal Servic... | 0.8 | 240.00 |
| 6/22/2017 | Phone call with Larry Johnson re case status, strategy | JAW Legal Servic... | 0.2 | 60.00 |
| 6/23/2017 | Draft email to Labs requesting conference call to discuss case status and issues | JAW Legal Servic... | 0.1 | 30.00 |
| 6/23/2017 | Emails to and from Labs re scheduling of teleconference | JAW Legal Servic... | 0.1 | 30.00 |
| 6/26/2017 | Conference with Attorney Walcheske regarding defendant's counsel's overtime calculations | JRD Legal Service... | 0.2 | 50.00 |
| 6/26/2017 | Review discovery responses from Defendant, outline deficiencies, and run calculations and compare with amounts paid to C via Schenck audit | JAW Legal Servic... | 3.6 | 1,080.00 |
| 6/26/2017 | Conference with JAW re: calculating regular rate of pay with on-call premiums | KLT Legal Servic... | 0.4 | 100.00 |
| 6/27/2017 | Review personnel file as produced | JAW Legal Servic... | 0.4 | 120.00 |
| 6/28/2017 | Conference with Attorney Walcheske regarding case strategy | JRD Legal Service... | 0.4 | 100.00 |

**BALANCE DUE:**

Please charge $_____ to my \_\_\_\_ Visa, \_\_\_ Mastercard, \_\_\_ Discover, or \_\_\_ American Express.

Card #_____, expires \_\_\_\_\_/\_\_\_\_\_, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC.  Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
*www.walcheskeluzi.com*

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 6/28/2017 | Continue conducting calculations, hold teleconference with Burnett, hold attorney conferences with Attorneys Dill and Temeyer re strategy, draft discovery dispute letter to Burnett, and draft second set of discovery to Defendant | JAW Legal Servic... | 2 | 600.00 |
| 6/28/2017 | Conference with JAW re: outstanding issues re: damages calculations and Defendant discovery responses/production | KLT Legal Servic... | 0.4 | 100.00 |
| 7/2/2017 | Review/edit proposed stip to stay | JAW Legal Servic... | 0.2 | 60.00 |
| 7/5/2017 | Draft stip to stay and email to Burnett forwarding same | JAW Legal Servic... | 0.5 | 150.00 |
| 7/6/2017 | Draft/revise/finalize discovery dispute letter and second set of discovery and email both to Burnett | JAW Legal Servic... | 0.8 | 240.00 |
| 7/6/2017 | Review email regarding and attached draft stipulation and draft responsive email approving draft | JAW Legal Servic... | 0.1 | 30.00 |
| 7/7/2017 | Review/respond to Burnett's email refusing to provide discovery | JAW Legal Servic... | 0.2 | 60.00 |
| 7/7/2017 | Review/respond to email from Burnett re discovery dispute letter | JAW Legal Servic... | 0.1 | 30.00 |
| 7/10/2017 | Review email from Labs re Schenk scheduling | JAW Legal Servic... | 0.1 | 30.00 |
| 7/10/2017 | Review/respond to email from Burnett re call with Schenk | JAW Legal Servic... | 0.1 | 30.00 |
| 7/12/2017 | Attorney conference w Attorney Temeyer re our discovery responses | JAW Legal Servic... | 0.2 | 60.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ___ Mastercard, ___ Discover, or ___ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
*www.walcheskeluzi.com*

# Invoice

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 7/12/2017 | Draft answers and objections to Defendant's discovery requests; discuss with JAW | KLT Legal Servic... | 1 | 250.00 |
| 7/13/2017 | Revise and finalize discovery responses; draft cover letter and fax to OC | KLT Legal Servic... | 0.4 | 100.00 |
| 7/13/2017 | Revise discovery responses | JAW Legal Servic... | 0.3 | 90.00 |
| 7/14/2017 | Review/respond to email from Labs re scheduling Schenck call | JAW Legal Servic... | 0.1 | 30.00 |
| 7/17/2017 | Prepare e-mail correspondence to Attorney Walcheske regarding defense strategy and checks | JRD Legal Service... | 0.1 | 25.00 |
| 7/17/2017 | Receive and review letter from OC re: incomplete discovery responses | KLT Legal Servic... | 0.2 | 50.00 |
| 7/18/2017 | Review letter from Burnett re our discovery responses | JAW Legal Servic... | 0.1 | 30.00 |
| 7/20/2017 | Review my OT wage calculations and disseminate to firm for input | JAW Legal Servic... | 0.3 | 90.00 |
| 7/20/2017 | Attorney conferences w Attorneys Temeyer and Dill re calculations, strategy | JAW Legal Servic... | 0.9 | 270.00 |
| 7/20/2017 | Phone call with Labs and Schenk rep | JAW Legal Servic... | 0.2 | 60.00 |
| 7/20/2017 | Review overtime calculations and discuss with JAW; strategy conference re: settlement/next steps | KLT Legal Servic... | 0.5 | 125.00 |
| 7/20/2017 | Review e-mail correspondence from Attorney Walcheske regarding damages calculation; conference with Attorney Walcheske regarding same | JRD Legal Service... | 0.4 | 100.00 |
| 7/25/2017 | Draft letter outlining resolution proposal | JAW Legal Servic... | 1.2 | 360.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ____ Mastercard, ____ Discover, or ____ American Express.

Card #_____, expires ____/____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Walcheske & Luzi
Wisconsin's Employment Law Firm

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
www.walcheskeluzi.com

## Invoice

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 7/25/2017 | Finalize letter and draft email to Labs forwarding the same | JAW Legal Servic... | 0.2 | 60.00 |
| 8/4/2017 | Download all of Def's Motion filings and Declarations | JAW Legal Servic... | 0.3 | 90.00 |
| 8/4/2017 | Attorney conference w Attorney Temeyer re motions filed by Defendant | JAW Legal Servic... | 0.3 | 90.00 |
| 8/4/2017 | Attorney conference w Attorney Dill re combining response to Defendant's motions | JAW Legal Servic... | 0.2 | 60.00 |
| 8/4/2017 | Draft email to Burnett and Labs re response timing | JAW Legal Servic... | 0.1 | 30.00 |
| 8/4/2017 | Draft and file 7(h) Motion | JAW Legal Servic... | 0.9 | 270.00 |
| 8/7/2017 | Conference with Attorney Walcheske regarding case strategy | JRD Legal Service... | 0.2 | 50.00 |
| 8/14/2017 | Reviewed Defendant's recent filings (ECF Nos. 16 to 25) and took notes; reviewed written discovery requests and responses, including responsive documentation pertaining to Plaintiff and the class, and took notes | SSL Legal Service... | 4.5 | 1,350.00 |
| 8/15/2017 | Conducted detailed calculations regarding damages, specifically Plaintiff's OT owed, and compared to Defendant's (Schenk's) calculations; determined that Defendant's (Schenk's) calculations were done incorrectly | SSL Legal Service... | 2.7 | 810.00 |
| 8/15/2017 | Case law research (WI, Seventh Circuit, and FLSA administrative code sections) re damages (remuneration included in regular rate, determining OT rate from regular rate) | SSL Legal Service... | 1.4 | 420.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ____ Mastercard, ____ Discover, or ____ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
www.walcheskeluzi.com

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/16/2017 | Attorney conference w Attorney Luzi re regular rate calculations, potential arguments, regulatory provisions | JAW Legal Servic... | 0.3 | 90.00 |
| 8/16/2017 | Review brief in support of motion to dismiss | JAW Legal Servic... | 0.2 | 60.00 |
| 8/16/2017 | Teleconference with Attorney Walcheske regarding calculation of overtime | JRD Legal Service... | 0.2 | 50.00 |
| 8/16/2017 | Research regular rate case law | JAW Legal Servic... | 1.1 | 330.00 |
| 8/16/2017 | Email correspondence with client re Defendant's recent filings and our research in investigation/response to same | SSL Legal Service... | 0.2 | 60.00 |
| 8/17/2017 | Review Def's filed declarations in support of motions | JAW Legal Servic... | 0.3 | 90.00 |
| 8/17/2017 | Attorney conference w Attorney Luzi re declarations and motion strategy | JAW Legal Servic... | 0.3 | 90.00 |
| 8/17/2017 | Begin outlining arguments for brief in opposition | JAW Legal Servic... | 0.6 | 180.00 |
| 8/17/2017 | Conference call with client re Defendant's recent filings and our research in investigation/response to same and case status moving forward | SSL Legal Service... | 1.3 | 390.00 |
| 8/18/2017 | Work on fact section of response brief | JAW Legal Servic... | 3.6 | 1,080.00 |
| 8/21/2017 | Strategy conference regarding discovery issues and responding to motion to dismiss/smj motion | KLT Legal Servic... | 1.5 | 375.00 |
| 8/21/2017 | Research mootness, particularly in context of standards for mootness and mootness in context of tendered check/settlement offer; briefly revise response to motions based on cases reviewed | JAW Legal Servic... | 6.9 | 2,070.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ___ Mastercard, ___ Discover, or ___ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 304, Brookfield, WI 53005
*www.walcheskeluzi.com*

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/21/2017 | Conference with Attorneys Walcheske, Luzi, and Temeyer regarding case strategy | JRD Legal Service... | 1.5 | 375.00 |
| 8/21/2017 | Firm conference re Def's motions, response strategy, strategy re offensive motions, timing of filings | JAW Legal Servic... | 1.5 | 450.00 |
| 8/21/2017 | Research limiting communications with putative class and begin drafting 7(h) for continuation of stay and limiting communications | JAW Legal Servic... | 2.1 | 630.00 |
| 8/21/2017 | Inter-office strategy meeting re recent filed motions and case strategy | SSL Legal Service... | 1.5 | 450.00 |
| 8/21/2017 | Phone conversation with client re case status update | SSL Legal Service... | 0.3 | 90.00 |
| 8/22/2017 | Draft/review/revise declarations of Temeyer and Walcheske; forward Temeyer declaration to Attorney Temeyer for review/approval; file declarations and exhibits | JAW Legal Servic... | 2.2 | 660.00 |
| 8/22/2017 | Reviewed and revised 7(h) motion; returned to JAW to finalize and file | SSL Legal Service... | 0.5 | 150.00 |
| 8/22/2017 | Continue working on response brief | JAW Legal Servic... | 1.6 | 480.00 |
| 8/22/2017 | Review and revise Local Rule 7(h) motion to continue stay and prohibit communications | JRD Legal Service... | 0.3 | 75.00 |
| 8/22/2017 | Draft/review/revise 7(h) for continuation of stay and limiting communications | JAW Legal Servic... | 2.1 | 630.00 |
| 8/24/2017 | Continue working on response brief | JAW Legal Servic... | 6.2 | 1,860.00 |
| 8/25/2017 | Continue working on response brief | JAW Legal Servic... | 5.9 | 1,770.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ___ Mastercard, ___ Discover, or ___ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
www.walcheskeluzi.com

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/28/2017 | Review Defendant's response to Local Rule 7(h) motion; multiple teleconferences with Attorney Walcheske and Attorney Luzi regarding same | JRD Legal Service... | 1.5 | 375.00 |
| 8/28/2017 | Draft/review/revise brief in opposition | JAW Legal Servic... | 9.7 | 2,910.00 |
| 8/29/2017 | Review Court's Order on 7h | JAW Legal Servic... | 0.1 | 30.00 |
| 8/29/2017 | Reviewed and edited PLAINTIFFS BRIEF IN OPPOSITION TO DEFENDANTS MOTIONS TO LIFT THE TEMPORARY STAY OF PROCEEDINGS, DISMISS ON MOOTNESS GROUNDS, AND FOR SUMMARY JUDGMENT; returned to JAW to finalize and file | SSL Legal Service... | 2.2 | 660.00 |
| 8/29/2017 | Review/revise response brief | JAW Legal Servic... | 0.8 | 240.00 |
| 8/30/2017 | Review brief in opposition to motions | JRD Legal Service... | 1.3 | 325.00 |
| 8/31/2017 | Revise response brief | JAW Legal Servic... | 0.5 | 150.00 |
| 9/1/2017 | Draft/review/revise/finalize response brief and declarations; file all | JAW Legal Servic... | 5.4 | 1,620.00 |
| 9/15/2017 | Review Def's Reply Brief and declarations; research case law; prepare issues for surreply | JAW Legal Servic... | 2 | 600.00 |
| 9/18/2017 | Review reply brief; review and revise sur-reply brief | JRD Legal Service... | 0.9 | 225.00 |
| 9/18/2017 | Attorney conference with Attorney Temeyer re Reply and possible Surreply | JAW Legal Servic... | 0.2 | 60.00 |
| 9/18/2017 | Continue working on, finalize, and file surreply | JAW Legal Servic... | 4.2 | 1,260.00 |
| 9/19/2017 | Review Def's response to motion for surreply | JAW Legal Servic... | 0.1 | 30.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ____ Mastercard, ____ Discover, or ____ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
*www.walcheskeluzi.com*

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 9/19/2017 | Attorney conference with Attorneys Dill and Luzi re Def's response to motion for surreply | JAW Legal Servic... | 0.1 | 30.00 |
| 11/7/2017 | Review Court Order | JAW Legal Servic... | 0.2 | 60.00 |
| 11/7/2017 | Conference with Attorney Luzi re Order, implications, and next steps | JAW Legal Servic... | 0.5 | 150.00 |
| 11/7/2017 | Status Update conversation/meeting with JAW re Court's ruling | SSL Legal Service... | 0.5 | 150.00 |
| 11/7/2017 | Review Order and Decision on pending motions | KLT Legal Servic... | 0.3 | 75.00 |
| 11/9/2017 | Phone conversation with client re Court decision and case strategy moving forward | SSL Legal Service... | 0.8 | 240.00 |
| 11/9/2017 | Conference with Attorneys Luzi and Temeyer re Order, case strategy, and next steps | JAW Legal Servic... | 0.3 | 90.00 |
| 11/9/2017 | Strategy conference re: decision/order and next steps | KLT Legal Servic... | 0.3 | 75.00 |
| 11/15/2017 | Review Court's Order on Motions | JAW Legal Servic... | 0.2 | 60.00 |
| 11/15/2017 | Draft email to Burnett and Labs re scheduling call to discuss status and next steps | JAW Legal Servic... | 0.1 | 30.00 |
| 11/16/2017 | Review/respond to email from Houlihan scheduling call with Burnett | JAW Legal Servic... | 0.1 | 30.00 |
| 11/27/2017 | Phone conference with Burnett re case status and next steps | JAW Legal Servic... | 0.2 | 60.00 |
| 11/27/2017 | Conference with Attorney Temeyer re case status and next steps | JAW Legal Servic... | 0.4 | 120.00 |

**BALANCE DUE:**

Please charge $_____ to my ____ Visa, ___ Mastercard, ___ Discover, or ___ American Express.

Card #_____, expires _____/_____, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC.  Thanks!*

Signature _____



# Invoice

15850 West Bluemound Road, Suite 300, Brookfield, WI 53005
*www.walcheskeluzi.com*

| BILL TO |
|---|
| Tim Fast |

| DATE | DUE DATE |
|---|---|
| 12/7/2017 | **12/7/2017** |

| **BALANCE DUE** |
|---|
| **$40,327.04** |

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 11/27/2017 | Discuss status of case and strategy conference re: moving for conditional cert on liquidated damages claims | KLT Legal Servic... | 0.4 | 100.00 |
| 11/29/2017 | Review email and attached letter from Burnett | JAW Legal Servic... | 0.1 | 30.00 |
|  | Reimb Group |  |  |  |
| 12/9/2016 | Federal Court Filing Fee |  |  | 400.00 |
| 7/13/2017 | Postage |  |  | 1.82 |
| 8/15/2017 | Postage |  |  | 2.87 |
|  | Total Reimbursable Expenses |  |  | 404.69 |

**BALANCE DUE: $40,327.04**

Please charge $_____ to my \_\_\_\_ Visa, \_\_\_ Mastercard, \_\_\_ Discover, or \_\_\_ American Express.

Card #_____, expires \_\_\_\_\_/\_\_\_\_\_, CVV _____, Zip Code _____

*If paying by check, pleae make check out to Walcheske & Luzi, LLC. Thanks!*

Signature _____