UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TIMOTHY J. FAST
on behalf of himself and
all others similarly-situated,

        Plaintiff,

  v.                         Case No. 16-CV-1637

CASH DEPOT, LTD.,

        Defendant.

## SUPPLEMENTAL DECLARATION OF JAMES A. WALCHESKE

I, James A. Walcheske, certify under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

1. The statements set forth in this Supplemental Declaration are made of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I am an attorney licensed to practice in the State of Wisconsin and am counsel for Plaintiff in the above-captioned matter.

3. On June 20, 2018, I filed my declaration, titled "Declaration of James A. Walcheske" in this matter, (ECF No. 46), and in support of Plaintiff's Motion for Attorneys' Fees and Costs, (ECF No. 44) (hereinafter, "my prior declaration").

4. In Paragraph 27 of my prior declaration, I represented that I spent a total of 95.6 hours litigating this matter, which was detailed in Exhibit B as attached thereto.

5. I intentionally did not track my time drafting Plaintiff's Reply Brief in Support of His Motion for Attorneys' Fees and Costs, (ECF No. 53), under the assumption that litigation would not continue beyond that point and, thus, that Plaintiff would not recover his fees for the same.

6. In having to continue litigating by responding to Defendant's Motion for Dismissal, or Alternatively, Summary Judgment in Favor of the Defendant, (ECF No. 54), I expended an additional 3.9 hours, increasing the total number of tracked hours litigating this matter to 99.5 hours and Plaintiff's reimbursable attorneys' fees to $51,502.04.

7. Attached hereto as **Exhibit C** is an accounting of these additional hours and fees.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of August, 2018.

*s/ James A. Walcheske*
James A. Walcheske



**Walcheske & Luzi, LLC**
**15850 W BLUEMOUND RD STE 304**
**BROOKFIELD, WI 53005**
Phone: (262) 780-1953
Email: contact@walcheskeluzi.com
Website: https://www.walcheskeluzi.com
**FEIN 45-4414836**

PENDING (non-posting)

| INVOICE | 625 |
| DATE | 8/13/2018 |
| DUE DATE | 8/13/2018 |

**BILL TO**
Tim Fast

| DATE | DESCRIPTION | RATE | TIME | BALANCE |
|---|---|---|---|---|
| 8/1/2018 | Review Def's Motion and Brief in Support | JAW Legal Service... | 0.2 | 70.00 |
| 8/3/2018 | Begin drafting Brief in Opposition | JAW Legal Service... | 0.7 | 245.00 |
| 8/7/2018 | Continue drafting response brief | JAW Legal Service... | 2.1 | 735.00 |
| 8/10/2018 | Finish drafting brief in opposition, finalize, and file | JAW Legal Service... | 0.9 | 315.00 |

Please charge $_____ to my ___Visa ___Mastercard ___Discover ___AMEX
Card No:_____
Name on Card:_____
CVV:_____ Exp. Date:____/_____ Zip Code:_____

| TOTAL | $1,365.00 |
| CREDIT | $0.00 |
| **BALANCE DUE** | **$1,365.00** |