# United States District Court
### EASTERN DISTRICT OF WISCONSIN

TIMOTHY J. FAST,

          Plaintiff,

         v.

CASH DEPOT, LTD.,

          Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 16-CV-1637

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing and the case is dismissed.

Approved:          s/ William C. Griesbach
                       William C. Griesbach, Chief Judge
                       United States District Court

Dated:   November 7, 2018

                       STEPHEN C. DRIES
                       Clerk of Court

                       s/ Lori Hanson
                       (By) Deputy Clerk