UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

TIMOTHY J. FAST,

      Plaintiff,

   v.                               Case No. 16-CV-1637

CASH DEPOT, LTD.,

      Defendant.

---

## NOTICE OF APPEAL

---

TO:    George Burnett
          Conway, Olejniczak & Jerry, S.C.
          231 S. Adams Street
          Green Bay, WI 54305-3200

NOTICE IS HEREBY GIVEN that TIMOTHY J. FAST, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered for Defendant, CASH DEPOT, LTD., on his claims under the Fair Labor Standards Act, as amended, entered in this action on the 7th day of November, 2018.

Dated this 3rd day of December, 2018.

                                                     WALCHESKE & LUZI, LLC
                                                     Counsel for Plaintiff

                                                     s/ *James A. Walcheske*
                                                     James A. Walcheske, State Bar No. 1065635
                                                     Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Ste. 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com