# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 30, 2019

Before:

JOEL M. FLAUM, Circuit Judge

MICHAEL S. KANNE, Circuit Judge

MICHAEL Y. SCUDDER, Circuit Judge

| No. 18-3571 | TIMOTHY J. FAST, Plaintiff - Appellant<br><br>v.<br><br>CASH DEPOT, LTD., Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-01637-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit